Misty Perry Isaacson
California State Bar No. 193204
PAGTER and PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

**FILED & ENTERED**

APR 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ROGER FRANK WILSON and<br>ERNEST DEAN SPIELMAN,<br><br>                                    Debtors. | Case No. 6:18-bk-15514-WJ<br><br>CHAPTER 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF PERSONAL INJURY CLAIM** |

Karl T. Anderson, the chapter 7 trustee for the bankruptcy estate of Roger Frank Wilson and Ernest Dean Spielman, filed the "Motion to Approve Compromise of Personal Injury Claim, the Declaration of the Trustee in Support Thereof" on April 6, 2021 as docket number 38. No party filed opposition to the motion and the deadline to do so has passed. Good cause appearing, the Court hereby ORDERS:

1. The motion is granted.

###

Date: April 27, 2021

_____
Wayne Johnson
United States Bankruptcy Judge