United States Bankruptcy Court

Central District of California

In re:     Case No. 18-15514-WJ

Roger Frank Wilson     Chapter 7

Ernest Dean Spielman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2

Date Rcvd: Apr 27, 2021     Form ID: pdf042     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Roger Frank Wilson, Ernest Dean Spielman, 1850 S Camino Real, Apt 6, Palm Springs, CA 92264-9273 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Holt | on behalf of Debtor Roger Frank Wilson centralecf@gmail.com  G2810@notify.cincompass.com |
| Gary J Holt | on behalf of Joint Debtor Ernest Dean Spielman centralecf@gmail.com  G2810@notify.cincompass.com |
| Karl T Anderson (TR) | 2edansie@gmail.com  kanderson@ecf.axosfs.com |
| Misty A Perry Isaacson | on behalf of Trustee Karl T Anderson (TR) misty@ppilawyers.com ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com |
| Misty A Perry Isaacson | on behalf of Attorney Pagter and Perry Isaacson  APLC misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com |
| R Gibson Pagter, Jr. | on behalf of Trustee Karl T Anderson (TR) gibson@ppilawyers.com  ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Valerie Smith
                on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 8

Misty Perry Isaacson
California State Bar No. 193204
PAGTER and PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

**FILED & ENTERED**

APR 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

ROGER FRANK WILSON and
ERNEST DEAN SPIELMAN,

                    Debtors.

Case No. 6:18-bk-15514-WJ

CHAPTER 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF PERSONAL INJURY CLAIM**

      Karl T. Anderson, the chapter 7 trustee for the bankruptcy estate of Roger Frank Wilson and Ernest Dean Spielman, filed the "Motion to Approve Compromise of Personal Injury Claim, the Declaration of the Trustee in Support Thereof" on April 6, 2021 as docket number 38. No party filed opposition to the motion and the deadline to do so has passed. Good cause appearing, the Court hereby ORDERS:

      1.  The motion is granted.

                            ###

Date: April 27, 2021

_____
Wayne Johnson
United States Bankruptcy Judge

-1-