| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Misty Perry Isaacson, CA SBN 193204<br>PAGTER AND PERRY ISAACSON<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, California 92701<br>Telephone: (714) 541-6072<br>Facsimile: (714) 541-6897<br>Email: misty@ppilawyers.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Chapter 7 Trustee, Karl T. Anderson* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br><br>ROGER FRANK WILSON AND<br>ERNEST DEAN SPIELMAN,<br><br><br><br>Debtor(s). | CASE NO.: 6:18-bk-15514-WJ<br><br>CHAPTER:   7<br><br>**NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE**<br><br>[No hearing unless requested under LBR 9013-1(o)] |
|---|---|

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

    1. A brief summary of the case is attached as Exhibit A.

    2. The estimated date for submitting a final report is  July 2021  .

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*         Page 1         **F 2016-2.2. MOTION.TRUSTEE. DISBURSE**

3. Cash disbursements period: June 29, 2018 to May 28, 2021.

4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.

5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: May 3, 2021

/s/ Misty Perry Isaacson
Signature of the chapter 7 trustee or the trustee's attorney
Misty Perry Isaacson
Printed name of the chapter 7 trustee or the trustee's attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-2.2. MOTION.TRUSTEE. DISBURSE**

## DECLARATION OF TRUSTEE

I, __Karl T. Anderson__, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May _3_, 2021              Karl T. Anderson                    _[signature]_
Date                       Printed Name                        Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 3                    F 2016-2.2. MOTION.TRUSTEE. DISBURSE

# EXHIBIT "A"

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

      This case was commenced by the filing of a voluntary Chapter 7 petition by the Debtor on June 29, 2018 (the "Petition Date"). Prior to the section 341(a) meeting of creditors, the Trustee was contacted by a third party who notified him that Wilson was involved in a serious automobile accident prior to the Petition Date (the "Claim"). The Trustee learned that on or about May 2, 2018, Wilson was a front seat passenger in a vehicle driven by Ernest Spielman, when their vehicle was struck from behind by another vehicle. The impact caused the vehicle to hit the curb, forcefully jolting Wilson's body. At the time, Wilson was recovering from a right hip surgery which included the placement of hardware. Prior to the accident, Wilson was recovering well from his hip surgery and was not having any complaints, aside from the residual pain expected following a surgery. However, after the accident, Wilson has experienced an increasing amount of pain to his hip. After examination by his doctor, he was advised that he had a fracture and also developed a MRSA infection in the surgery area. He had to undergo another surgery to remove the hardware so that the MRSA infection could be treated. The Trustee is advised that Mr. Wilson is in very poor health.

      On January 7, 2019, the Trustee was authorized to employ the Law Offices of Peter M. Schwartz & Associates and Baer Treger, LLP ("Special Litigation Counsel") to represent the Trustee in pursuing and resolving the Claim ("Litigation"). The Trustee sought and obtained the Court's approval to authorize to settle the Litigation ("Settlement"). After payment of certain fees, costs and expenses to be withheld and paid, the bankruptcy estate received $994,447.22 (inclusive of attorneys' fees of $410,000.00 and expenses of $43,607.19, the "Remaining Proceeds"). After payment by the Trustee from the Remaining Proceeds of Special Litigation Counsel's fees of $410,000.00 and expenses of $43,607.19, the net recovery from the Remaining Proceeds for the Estate was $540,840.03.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 4      **F 2016-2.2. MOTION.TRUSTEE. DISBURSE**

## EXHIBIT "B"

By this motion, the Trustee is seeking to release surplus funds in the amount of $250,000 to the Debtors.

The foregoing expenditures are justified by the following facts:

From the Settlement funds, after payment of certain fees, costs and expenses that were withheld and paid, the bankruptcy estate received $994,447.22 (inclusive of attorneys' fees of $410,000.00 and expenses of $43,607.19, the "Remaining Proceeds"). After payment by the Trustee from the Remaining Proceeds of Special Litigation Counsel's fees of $410,000.00 and expenses of $43,607.19, the net recovery from the Remaining Proceeds for the Estate was $540,840.03.

The last day to file claims in the Debtors' bankruptcy case was January 14, 2019. The Court's Claims Register reflects that fifteen general unsecured claims have been filed in the amount of $31,449.64. The Trustee is advised that Mr. Wilson is in very poor health. As such, even with the disbursement of $250,000 to the Debtors, the Trustee will have a significant funds cushion, with over $290,000 to disburse to administrative claimants, unsecured creditors, and anticipated additional surplus funds back to the Debtors as follows:

| | |
|---|---:|
| Settlement Funds | $944,447.22 |
| Attorney Fees and costs | ($453,607.19) |
| Subtotal | $540,840.03 |
| Anticipated Disbursement to Debtors | ($250,000.00) |
| **Total Remaining Funds in Estate** | **$290,840.03** |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 5    F 2016-2.2. MOTION.TRUSTEE. DISBURSE

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br>ROGER FRANK WILSON<br>ERNEST DEAN SPIELMAN | CASE NO: 18-15514<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/4/2021, I did cause a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/4/2021

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204

PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA  92701
714 541 6072

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROGER FRANK WILSON<br>ERNEST DEAN SPIELMAN | CASE NO: 18-15514<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 5/4/2021, a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/4/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA  92701

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WILL BE SERVED OR HAVE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 09736<br>CASE 6-18-BK-15514-WJ<br>CENTRAL DISTRICT OF CALIFORNIA<br>RIVERSIDE<br>TUE MAY 4 07-54-04 PDT 2021 | PAGTER AND PERRY ISAACSON APLC<br>525 N CABRILLO PARK DRIVE<br>SUITE 104<br>SANTA ANA CA 92701-5017 | RIVERSIDE DIVISION<br>3420 TWELFTH STREET<br>RIVERSIDE CA 92501-3819 |
| BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | COMENITYBANKBRYLANEHO<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| COMENITYCBHABAND<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | COMENITYCBOVERSTOCK<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| DSRM NT BK<br>PO BOX 631<br>AMARILLO TX 79105-0631 | KOHLSCAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS WI 53051-7096 | LOGIX FEDERAL CREDIT UNION<br>PO BOX 6759<br>BURBANK CA 91510-6759 |
| LOGIX FEDERAL CU<br>2340 N HOLLYWOOD WAY<br>BURBANK CA 91505-1124 | MECHANICS BANK FKA CRB<br>PO BOX 25805<br>SANTA ANA CA 92799-5805 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| PYOD LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | PINNACLE CREDIT SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| PINNACLE CREDIT SERVICES LLC ITS SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF HSBC CARD SERVICES III INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" HAVE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SEARSCBNA
PO BOX 6283
SIOUX FALLS SD 57117-6283

SYNCBMATHIS BROTHERS
950 FORRER BLVD
KETTERING OH 45420-1469

SYNCBLOWES
PO BOX 956005
ORLANDO FL 32896-0001

TD BANK USA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248866
OKLAHOMA CITY OK 73124-8866

TD BANK USATARGETCRED
PO BOX 673
MINNEAPOLIS MN 55440-0673

~~EXCLUDE~~
~~UNITED STATES TRUSTEE RS~~
~~3801 UNIVERSITY AVENUE SUITE 720~~
~~RIVERSIDE CA 92501-3255~~

USAA SAVINGS BANK
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0002

ERNEST DEAN SPIELMAN
1850 S CAMINO REAL
APT 6
PALM SPRINGS CA 92264-9273

GARY J HOLT
LAW OFFICES OF GARY J HOLT
1286 UNIVERSITY AVENUE 189
SAN DIEGO CA 92103-3312

~~EXCLUDE~~
~~KARL T ANDERSON TR~~
~~340 SOUTH FARRELL DRIVE SUITE A210~~
~~PALM SPRINGS CA 92262-7932~~

CM/ECF E-SERVICE
(+) KARL T ANDERSON
340 S FARRELL DR
SUITE A210
PALM SPRINGS CA 92262-7932

DEBTOR
ROGER FRANK WILSON
1850 S CAMINO REAL
APT 6
PALM SPRINGS CA 92264-9273

ADDRESSES WHICH CANNOT BE SERVED WHERE DOCUMENTS VIA "E-MAIL/NOTICE" THROUGH THE BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM

(Debtor)
Roger Frank Wilson
1850 S Camino Real
Apt 6
Palm Springs, CA 92264-9273
represented by:
Gary J Holt
Law Offices of Gary J Holt
1286 University Avenue #189
San Diego, CA 92103-3312

centralecf@gmail.com

(U.S. Trustee)
United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

ustpregion16.rs.ecf@usdoj.gov

(Joint Debtor)
Ernest Dean Spielman
1850 S Camino Real
Apt 6
Palm Springs, CA 92264-9273
represented by:
Gary J Holt
Law Offices of Gary J Holt
1286 University Avenue #189
San Diego, CA 92103-3312

centralecf@gmail.com

Pagter and Perry Isaacson, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701
(Attorney)
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Interested Party)
represented by:
Valerie Smith
PRA Receivables Management LLC
130 Corporate Blvd
Norfolk, VA 23502

claims@recoverycorp.com

Peter M Schwaetz
1999 Avenue of the Starts Suite 1100
Los Angeles, CA 90067

Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Trustee)
Karl T Anderson (TR)
340 South Farrell Drive, Suite A210
Palm Springs, CA 92262
represented by:
R Gibson Pagter, Jr.
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

gibson@ppilawyers.com

(Accountant)
Karl T. Anderson
340 S. Farrell Dr.
Suite A210
Palm Springs, CA 92262
Tax ID / EIN: 33-0592587

ktacpa@msn.com