**MISTY PERRY ISAACSON,** CA SBN 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:   (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Karl T. Anderson, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ROGER FRANK WILSON and<br>ERNEST DEAN SPIELMAN,<br><br>                   Debtors. | Case No. 6:18-bk-15514-WJ<br><br>Chapter 7<br><br>FIRST AND FINAL APPLICATION FOR COMPENSATION BY PAGTER AND PERRY ISAACSON, A PROFESSIONAL CORPORATION, GENERAL COUNSEL FOR CHAPTER 7 TRUSTEE, KARL T. ANDERSON; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT THEREOF |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

PAGTER and PERRY ISAACSON, APLC ("PPI" or the "Firm") hereby submits its First and Final Application for Compensation ("Application"), and requests an award and payment of fees for professional services rendered and reimbursement of costs for the period of October 9, 2018 through and including May 12, 2021 in the total amount of $6,110.53, including $5,700.00 in fees and $410.53 in costs.

The Estate has assets totaling approximately $540,000 on hand to pay all Chapter 7 administrative expenses, including the fees and expenses sought herein, with funds left over to pay in full the creditors of the Estate.

This Application is made and based upon the Memorandum of Points and Authorities and the Declaration of Misty Perry Isaacson filed concurrently herewith, all pleadings on file in this case, and all evidence, both oral and written, that may be submitted prior to or at the time of the hearing on this Application.

WHEREFORE, PPI requests that this Court enter an order awarding PPI the compensation for Chapter 7 professional services rendered in the total amount of $5,700.00 and costs in the amount of $410.53 for the period of October 9, 2018 through May 12, 2021; that such fees and costs be ordered paid; and for such other and further relief as the Court may deem just and proper.

Dated: May 12, 2021                              Respectfully submitted,

                                                 PAGTER AND PERRY ISAACSON

                                                 /s/ Misty Perry Isaacson

                                                 _____
                                                 MISTY PERRY ISAACSON,
                                                 Attorneys for Karl T. Anderson
                                                 Chapter 7 Trustee

# TABLE OF CONTENTS

MEMORANDUM OF POINTS AND AUTHORITIES.................................................................5

I.    FACTUAL BACKGROUND...............................................................................................5

A.   Statement of Facts .......................................................................................................5

B.   Employment of Counsel ...............................................................................................5

C.   Claims in the Case .......................................................................................................7

II.   SUMMARY OF SERVICES PERFORMED ......................................................................7

A.   Professional Services ...................................................................................................7

1.   Asset Analysis & Recovery:.........................................................................................7

2.   Asset Disposition: No compensation is sought. ...........................................................7

4.   Case Administration: ....................................................................................................7

5.   Claims Administration and Objections: .........................................................................7

6.   Employee Benefits/Pension: No compensation is sought.............................................7

7.   Fee/Employment Application:........................................................................................7

8.   Fee/Employment Objections: No compensation is sought. ...........................................7

9.   Financing: No compensation is sought. ........................................................................7

10.  Meeting of Creditors: ....................................................................................................7

11.  Plan & Disclosure Statement: No compensation is sought............................................8

12.  Miscellaneous:  No compensation is sought.................................................................8

III.  LEGAL ANALYSIS ........................................................................................................8

A.   CAUSE EXISTS FOR THE AWARDING OF ATTORNEY'S FEES .................................8

IV.   COMPLIANCE WITH LOCAL RULES ...........................................................................9

V.    SUMMARY OF COSTS EXPENDED ...........................................................................10

VI.   CONCLUSION..............................................................................................................11

# TABLE OF AUTHORITIES

**Cases**

*In re Nucorp Energy, Inc.,* 764 F.28 655, 662 (9th Cir. 1985)......................................................9

**Statutes**

11 U.S.C. § 330................................................................................................................8

11 U.S.C. § 331................................................................................................................8

**Treatises**

Collier on Bankruptcy, 15th Ed. pp 331-7, ¶331.03 ............................................................9

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### FACTUAL BACKGROUND

**A.    Statement of Facts**

1.    This case was commenced by the filing of a voluntary Chapter 7 petition by the Debtor on June 29, 2018 (the "Petition Date").  Prior to the section 341(a) meeting of creditors, the Trustee was contacted by a third party who notified him that Wilson was involved in a serious automobile accident prior to the Petition Date (the "Claim").  The Trustee learned that on or about May 2, 2018, Wilson was a front seat passenger in a vehicle driven by Spielman, when their vehicle was struck from behind by another vehicle.  The impact caused the vehicle to hit the curb, forcefully jolting Wilson's body.  At the time, Wilson was recovering from a right hip surgery which included the placement of hardware.  Prior to the accident, Wilson was recovering well from his hip surgery and was not having any complaints, aside from the residual pain expected following a surgery.  However, after the accident, Wilson has experienced an increasing amount of pain to his hip.  After examination by his doctor, he was advised that he had a fracture and also developed a MRSA infection in the surgery area.  He had to undergo another surgery to remove the hardware so that the MRSA infection could be treated.

As a result of the Claim, the Trustee employed general and special litigation counsel for the estate for the purpose of proceeding with litigation relating to Wilson's Claim (the "Litigation") and assist the Trustee in negotiating a resolution of the Litigation and other legal matters that may arise in the case.

**B.    Employment of Counsel**

1.    General Counsel

On January 7, 2019, the Court entered an order approving the employment of PPI as general counsel for the Trustee.  As is set forth with more particularity in the attached declaration of Misty Perry Isaacson ("Isaacson Declaration"), PPI has performed necessary and extensive legal services on behalf of the Chapter 7 Trustee.

PPI is a Professional Law Corporation located in Santa Ana, California. Its attorneys are duly licensed to practice in the State of California and various United States District Courts, including the Central, Southern, Eastern and Northern Districts. The firm specializes in insolvency and reorganization, including debtor, creditor and trustee representation in Chapter 7, 11, and 13.

PPI has not received a retainer in this matter nor has it secured any guarantee of payment. In compliance with Local Bankruptcy Rule 2016-1(a)(1)(A), PPI believes that there are sufficient funds in the Debtor's Estate to pay the professional fees requested by the Application in full. PPI is informed that there is approximately $540,000 in the Estate and the Trustee is ready to make disbursements to creditors.

No agreement or understanding of any kind exists between PPI and any other person for the sharing of compensation received or to be received for services rendered in connection with this Chapter 7 case except between the members of PPI as allowed by the Bankruptcy Code.

PPI did not have any connection with the creditors, any other party in interest, or their representatives, except that Misty Perry Isaacson was employed in the Riverside Division of the Office of the U.S. Trustee from November 2009 to October 2010 and PPI has represented the Trustee in other bankruptcy matters. However, such employment and representation was unrelated to the matter and property herein. PPI did not represent any interest adverse to the Estate.

2.   <u>Special Litigation Counsel</u>

On January 7, 2019, the Court entered an order approving the employment of special litigation counsel, Law Offices of Peter M. Schwartz & Associates and Baer Treger, LLP ("Litigation Counsel"), for the purpose of proceeding with Litigation relating to Wilson's Claim and assist the Trustee in negotiating a resolution of the Litigation and other legal matters that may arise in the case. the collection of the Estate's interest in the Trust.

**C.    Claims in the Case**

The last day to file claims in the Debtors' bankruptcy case was January 14, 2019.  The Court's Claims Register reflects that fifteen general unsecured claims have been filed totaling $31,499.64.

**II.**

**SUMMARY OF SERVICES PERFORMED**

**A.    Professional Services**

**1.    Asset Analysis & Recovery**:

Total Attorney's Fees this period:          $340.00

Hours Expended:                            .85

Blended Rate:                              $400.00

**2.    Asset Disposition:** No compensation is sought.

**3.    Business Operations:** No compensation is sought**.**

**4.    Case Administration:**

Total Attorney's Fees this period:          $440.00

Hours Expended:                            1.1

Blended Rate:                              $400.00

**5.    Claims Administration and Objections**: No compensation is sought.

**6.    Employee Benefits/Pension:** No compensation is sought.

**7.    Fee/Employment Application:**

Total Attorney's Fees this period:          $2,040.00

Hours Expended:                            5.7

Blended Rate:                              $357.89

**8.    Fee/Employment Objections:** No compensation is sought.

**9.    Financing**: No compensation is sought.

**10.    Meeting of Creditors**:

Total Attorney's Fees this period:          $80.00

Hours Expended:                           .2

Blended Rate:                           $400.00

**11.   Plan & Disclosure Statement**: No compensation is sought.

**12.   Miscellaneous:**  No compensation is sought.

**13.   Litigation:**

Total Attorney's Fees this period:     $2,800.00

Hours Expended:                         7.0

Blended Rate:                           $400.00

**III.**

**LEGAL ANALYSIS**

**A.   CAUSE EXISTS FOR THE AWARDING OF ATTORNEY'S FEES**

11 U.S.C. § 331 provides for the allowance of compensation and reimbursement of

expenses as follows:

> A trustee, an examiner, a debtor's attorney, or any professional person
> employed under section 327 or 1103 of this title may apply to the court not
> more than once every 120 days after an order for relief in a case under this
> title, or more often if the court permits, for such compensation for services
> rendered before the date of such an application or reimbursement for
> expenses incurred before such date as is provided under section 330 of this
> title.  After notice and hearing, the court may allow and disburse to such
> applicant such compensation for reimbursement.

11 U.S.C. § 331.

Section 330 of the Bankruptcy Code provides that the court may award to the attorney

reasonable compensation for actual, necessary services rendered, based on the time, the

nature, the extent and the value of such services, and the costs of comparable services to a

non-debtor, as well as reimbursement of the actual, necessary expenses expended by the

attorney.  11 U.S.C. § 330.  The respected treatise on bankruptcy law *Collier on Bankruptcy*,

offers the following standard for allowance of interim compensation and reimbursement of

expenses:

> "…Thus, a court may allow interim compensation under Section
> 331 in an amount equal to the actual services rendered by the
> applicant prior to the date of the fee request, i.e. full compensation.
> This would include compensating attorneys and other professional

persons at the full value of the professional services rendered, so long as the interim compensation allowed otherwise comports with the requirements of Section 330…"

Collier on Bankruptcy, 15th Ed. pp 331-7, ¶331.03.

Additionally, PPI will request compensation for the time spent in the preparation of this Application.  The United States Court of Appeals, Ninth Circuit held in *In re Nucorp Energy, Inc.,* 764 F.28 655, 662 (9th Cir. 1985) that bankruptcy counsel should be compensated for services related to fee application preparation.

Pursuant to Local Bankruptcy Rule 2016-1, this Application sets forth the present status of the case and specifically sets forth a narrative summarizing the services performed by PPI on behalf of the Trustee and the resulting benefits to the Estate and its creditors.    This Application also addresses PPI's compliance with the Guidelines of the United States Trustee, and conforms to its substantive requirements.

## IV.

## COMPLIANCE WITH LOCAL RULES

In compliance with Local Rule 2016-1(a)(1)(E), attached to this Application as Exhibit 1 hereto and incorporated herein by this reference is a copy of PPI's monthly billing statements for the time period reflected in this Application, which sets forth in detail the time spent and the precise professional services rendered by PPI during the period of October 9, 2018 through and including May 12, 2021.

With reference to the U.S. Trustee Guidelines, the following took place:

(a)     The Trustee was consulted with respect to strategy and cost at the outset of the case on a regular basis during each project.  The Trustee's approval on all projects was obtained prior to the legal services rendered.

(b)     Travel time is not "double charged," and when on behalf of more than on client or multiple projects, is prorated.

(c)     Billing statements as attached in Exhibit "1" were provided to the Trustee on a monthly basis.

(d)    The hourly fees and expenses are billed at the rate charged "non-bankruptcy"
clients when performed.

(e)    No other deviations from the U.S. Trustee Guidelines exist, except as set forth
specifically herein.

The foregoing narrative and billing statements illustrate the complex nature of this
proceeding and the difficulties which have confronted the Chapter 7 Trustee and PPI.
Exceptional knowledge and skills have been required to counsel the Trustee through this
proceeding and provide the information and analysis necessary to enable the Trustee and PPI
to properly perform the services rendered.

A copy of PPI's resume, addressing the information required by Local Rule 2016-
1(a)((1)(H), including the education, qualifications, and experience of the members of PPI
performing services in this case is attached as Exhibit "2" hereto.

Within the Guidelines of the Office of the U.S. Trustee, a summary of the hours and the
hourly rates charged by each person whose services form the basis for the fees requested is
to be included in this Application.   PPI utilizes the services of associates and paralegals when
at all possible to keep fees to a minimum.  Also, any overhead services performed by an
Attorney were not billed to the Estate.  Thus the blended hourly rate for this period was
$383.84.  Copies of PPI's time and expense summaries are attached as Exhibit 3, 4, and 5
hereto.

**V.**

**SUMMARY OF COSTS EXPENDED**

The anticipated expenses incurred on behalf of the Trustee were fully disclosed to him
prior to PPI's employment in this case.

PPI, in the normal course of its business, produces from its records a compilation listing
the actual expenses incurred by PPI.  The compilation of PPI's expenses is located on the last
page of the monthly billing statement.  Such out-of-pocket costs expended by PPI in the period
total $410.53, broken down by date as follows:

(a)  <u>Document Reproduction</u>:  PPI incurred the total sum of $313.75  in document reproduction expenses.  PPI requires its personnel to charge the client for the actual copies made.  This is performed through the manual tracking of copies and preparation of individual copy slip submissions that identifies the client, the amount of copies made, which is then transcribed onto the monthly billing statements.  These copy slips are turned into the billing clerk each month to be included in the monthly billing statements.  Copies are $.20 per page.

(b)  <u>Facsimile Charges:</u>  PPI incurred the total sum of $0.00 in facsimile expenses.  PPI requires its personnel to charge the client for the actual facsimiles sent and received.  This is performed through the manual tracking of transmissions and preparation of individual slip submissions that identifies the client, the amount of transmissions made, which is then transcribed onto the monthly billing statements.  These slips are turned into the billing clerk each month to be included in the monthly billing statements.  Facsimiles are $1.00 per page.

(c)  <u>Postage:</u>  PPI incurred the sum of $96.78 in postage charges for mailing notices pursuant to Bankruptcy Rules and other mailing required including communications with the client.  Actual postage is charged to the client, and posted on the cost record, which are, like other charges, reflected on the monthly statements.

(d)  <u>Miscellaneous Charges</u>:  The firm incurred the sum of $0.00 for miscellaneous charges including, court reporting services, Westlaw, and real property record searches.

(e)  <u>Overnight Delivery, Messenger and Attorney Services:</u>  PPI incurred $0.00 for overnight delivery, messenger and attorney service charges.  PPI utilizes these services to ensure prompt delivery of pleadings and documents, or to safeguard checks or other crucial documents.

(f)  <u>Court fees:</u>  PPI incurred $0.00 for Court PACER, motion fees, certified copy and telephonic hearing charges.

**VI.**

**<u>CONCLUSION</u>**

This is PPI's First and Final Application for the Compensation of attorney's fees and expenses.  By this Application, PPI is requesting that the Court approve and allow payment of

the sum of $6,110.53 consisting of $5,700.00 for professional services rendered and $410.53 for reimbursement of expenses incurred for the period of October 9, 2018 through and including May 12, 2021.

In determining PPI's fees, the Firm requests that this Court consider the skill and experience of counsel, significant complexity of matters handled, extensive necessary services rendered in aid of the administration of the Estate and in carrying out the provisions of the Bankruptcy Code, results achieved, and time expended.

Based on the time spent on this matter, the complexity of the issues involved, the results achieved, the experience of counsel and the fact that PPI's fees and costs are comparable to those charged by similar law firms, PPI requests that the Court approve this Application and award fees and reimbursement of costs as prayed; and for such other and further relief as the Court deems just and proper.

Dated: May 12, 2021                          Respectfully submitted,

PAGTER AND PERRY ISAACSON

/s/ Misty Perry Isaacson

_____
MISTY PERRY ISAACSON,
Attorneys for Karl T. Anderson
Chapter 7 Trustee

### DECLARATION OF MISTY PERRY ISAACSON

I, Misty Perry Isaacson, declare:

1.     I am an attorney with the firm of Pagter and Perry Isaacson ("PPI" or the "Firm"). I and all other attorney members of the Firm are duly admitted to practice in the State of California and before this Bankruptcy Court.  I am a billing attorney for the client in this case. I have personal knowledge as to all facts set forth herein.

2.     This declaration is submitted in support of the First and Final Application for Compensation for PPI ("Application"), General Counsel for Karl T. Anderson, Chapter 7 Trustee ("Trustee").

3.     I have reviewed the Application, and the matters stated therein are true to the best of my knowledge, information and belief.

4.     By order of this Court entered on or about January 7, 2019, the Trustee was authorized to employ PPI as general counsel in this case.

5.     PPI is a professional law corporation located in Santa Ana, California.  Its attorneys are duly licensed to practice in the State of California and various District Courts, including the Central, Southern, Eastern and Northern Districts of California.  The firm specializes in insolvency and reorganization, including debtor, creditor and trustee representation in Chapter 7, 11, and 13.

6.     PPI has not received a retainer in this matter nor has it secured any guarantee of payment.

7.     The amounts requested in the Application for fees and costs are based on records assembled and kept in the ordinary course of PPI's business.  Under my supervision of this case, such records are made at or near the time of the events reflected therein, by persons who have knowledge of the matters recorded.

8.     True and correct copies of PPI's billing statements for the period covered by this Application are attached as Exhibit "1" hereto.

9.     A true and correct copy of PPI's resume, setting forth the qualifications of the Firm and the professionals working on this case, is attached as Exhibit "2" hereto.

10.     A summary of the time expended in each time category in accordance with the U.S. Trustee Guides is attached as Exhibit "3" hereto.

11.     A summary of the time expended by professionals in accordance with the U.S. Trustee Guides is attached as Exhibit "4" hereto.

12.     A summary of the costs and expenses by type is attached as Exhibit "5" hereto.

13.     I am informed and believe that this Application complies with the guidelines established by the Office of the U.S. Trustee.

14.     No agreement or understanding of any kind exists between the Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this Chapter 7 case except between members of the Firm as allowed by the Bankruptcy Code.

15.     To the best of my knowledge, the Firm has no connection with the creditors, any other party in interest in this case or their representative attorneys, except that I was employed in the Riverside Division of the Office of the U.S. Trustee from November 2009 to October 2010 and PPI has represented the Trustee in other bankruptcy matters.  However, such employment and representation was unrelated to the matter and property herein.  Neither the Firm nor any of its principals or employees is a creditor of the Debtor.  Neither I nor the Firm represent an interest adverse to the Estate.

16.     This is PPI's First and Final Application for Compensation of attorney's fees and expenses.  By this Application, the Firm is requesting that the Court approve and allow payment of the sum of $6,110.53, consisting in $5,700.00 for professional services rendered and $410.53 for reimbursement of expenses incurred for the period of October 9, 2018 through and including May 12, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of May 2021 at Santa Ana, California.

/s/ Misty Perry Isaacson

Misty Perry Isaacson

# EXHIBIT 1

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                    October 31, 2018
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only<br>Payment upon approval of Fee Application<br>Re: Roger Wilson and Ernest Spielman<br>Case No.: 6:18-bk-15514-WJ |
|---|---|

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Analysis & Recovery** | | |
| 10/9/2018 | MPI | Review Pacer Online Research and Debtor's bankruptcy documents. | 0.30<br>400.00/hr | 120.00 |
| | MPI | Draft email to Debtor P.I. Attorney re: case status. | 0.10<br>400.00/hr | 40.00 |
| 10/11/2018 | MPI | Telephone conference with Attorney Schwartz re: litigation and Trustees's role in same. | 0.20<br>400.00/hr | 80.00 |
| 10/16/2018 | MPI | Telephone conference with Trustee re: litigation and employment of special counsel. | 0.10<br>400.00/hr | 40.00 |
| | | SUBTOTAL: | [      0.70 | 280.00] |
| | | **Fee/Employment Applications** | | |
| 10/16/2018 | MPI | Draft email to Attorney Schwartz re: employment. | 0.10<br>400.00/hr | 40.00 |
| 10/17/2018 | MPI | Telephone conference with Andrew Traeger re: employment as special litigation counsel. | 0.10<br>400.00/hr | 40.00 |
| | | SUBTOTAL: | [      0.20 | 80.00] |
| | | For professional services rendered | 0.90 | $360.00 |
| | | **Balance due** | | **$360.00** |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC
### A PROFESSIONAL LAW CORPORATION
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                      November 30, 2018
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:      For Your Records Only
                      Payment upon approval of Fee Application
                      Re: Roger Wilson and Ernest Spielman
                      Case No.: 6:18-bk-15514-WJ
                      **Professional Services**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Analysis & Recovery** | | |
| 11/9/2018 | MPI | Review summary of PI Injury matter. | 0.15<br>400.00/hr | 60.00 |
| | | SUBTOTAL: | [ 0.15 | 60.00] |
| | | **Fee/Employment Applications** | | |
| 11/8/2018 | MPI | Review and reply to email from Attorney Traeger re: information for employment application. | 0.10<br>400.00/hr | 40.00 |
| 11/13/2018 | MPI | ~~Draft application to employ Pagter and Perry Isaacson and forward to Trustee for review.~~ (.6); Telephone conference with Andrew Treger re: application to employ as special litigation Attorneys. (.1) | 0.70<br>400.00/hr | *40.00* |
| | MPI | Begin draft application employ special litigation counsel. | 0.60<br>400.00/hr | 240.00 |
| 11/14/2018 | MPI | Continue drafting application employ special litigation Attorney. (1.2); Telephone conference with Attorney Treger re: statement of Disinterestedness. (.1) | 1.30<br>400.00/hr | 520.00 |
| 11/28/2018 | MPI | Draft e-mail to Trustee re: employment applications. | 0.10<br>400.00/hr | 40.00 |
| 11/29/2018 | MPI | Review and reply to email from Client re: employment application. | 0.10<br>400.00/hr | 40.00 |
| | | SUBTOTAL: | [ 2.90 | *920.00* |

Exhibit 1

Karl Anderson

Page   2

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.05 | $ *980.00* |
| Previous balance | | $360.00 |
| **Balance due** | | $ *1,340.00* |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 1,220.00 | 360.00 | 0.00 | 0.00 | 0.00 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                December 31, 2018
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ
                    **Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Fee/Employment Applications | | |
| 12/3/2018 MPI | Draft e-mail to Trustee re: declaration supporting Motion to Employ special counsel. | | 0.10 400.00/hr | 40.00 |
| | SUBTOTAL: | [ | 0.10 | 40.00] |
| | For professional services rendered | | 0.10 | $40.00 |

### Additional Charges

|  |  | Amount |
|---|---|---|
| 12/4/2018 | Notice of Application to Employ Pagter and Perry Isaacson - 25 copies @ 2 pages.  Total 50 Application to Employ Special Litigation Counsel - 25 copies @ 9 pages.  Total 225 Notice of Application to Employ Special Litigation Counsel - 25 copies @ 2 pages.  Total t0 | 65.00 |
| | Postage for Notice of Application to Employ Pagter and Perry Isaacson - 25 pieces @ .68.  Total 17.20 Postage for Application to Employ Special Litigation Counsel and Notice of Application to Employ Special Litigation Counsel - 25 pieces @ .47.  Total 11.75 | 28.75 |
| | Total costs | $93.75 |
| | Total amount of this bill | $133.75 |

Exhibit 1

**Karl Anderson**                                                        **Page   2**

|  |  |  |  |  **Amount** |
|---|---|---|---|---|
| Previous balance |  |  |  | $1,580.00 |
| **Balance due** |  |  |  | **$1,713.75** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 133.75 | 1,220.00 | 360.00 | 0.00 | 0.00 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

January 31, 2019

In Reference To:    For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ
**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 1/3/2019 | MPI | Draft declarations and orders granting application to employ general and special litigation counsel. | 0.40 400.00/hr | 160.00 |
| 1/7/2019 | MPI | Review order approving employment of special litigation Attorneys and forward to Attorney Treger. | 0.10 400.00/hr | 40.00 |
| 1/21/2019 | MPI | Review order granting application to employ Pagter and Perry Isaacson. | 0.10 400.00/hr | 40.00 |
| | SUBTOTAL: | | [ 0.60 | 240.00] |
| | | **Litigation** | | |
| 1/3/2019 | MPI | Telephone conference with Andrew Treger re: filing of case for estate. | 0.10 400.00/hr | 40.00 |
| | SUBTOTAL: | | [ 0.10 | 40.00] |
| | For professional services rendered | | 0.70 | $280.00 |

**Additional Charges**

| | | Amount |
|---|---|---|
| 1/3/2019 | Declaration re: Entry of Order to Employ Pagter and Perry Isaacson - 1 copy @ 19 pages.  Total 19. Order to Employ Pagter and Perry Isaacson - 1 copy @ 3 pages.  Total 3 Declaration re: Entry of Order to Employ Special Litigation Counsel - 1 copy @ 36 pages.  Total 36 Order to Employ Special Litigation Counsel - 1 copy @ 3 pages.  Total 3 | 12.20 |

Exhibit 1

**Karl Anderson**                                                                    **Page   2**

|  | Amount |
|---|---:|
| SUBTOTAL: | [      12.20] |
| Total costs | $12.20 |
| Total amount of this bill | $292.20 |
| Previous balance | $1,713.75 |
| **Balance due** | **$2,005.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---:|---:|---:|---:|---:|
| 292.20 | 133.75 | 1,220.00 | 360.00 | 0.00 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                 February 28, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | Meeting of Creditors | | |
| 2/7/2019 MPI | Review and reply to email from Eric Dansie re: pending 341(a). (.1); Telephone conference with Debtor's counsel re: continued 341(a). (.1) | 0.20 400.00/hr | 80.00 |
| SUBTOTAL: | | [      0.20 | 80.00] |
| For professional services rendered | | 0.20 | $80.00 |
| Previous balance | | | $2,005.95 |
| **Balance due** | | | **$2,085.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 372.20 | 133.75 | 0.00 | 1,220.00 | 360.00 |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

April 30, 2021
In Reference To:  For Your Records Only
                 Payment upon approval of Fee Application
                 Re: Roger Wilson and Ernest Spielman
                 Case No.: 6:18-bk-15514-WJ

Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 3/15/2019 - | MPI | Draft case status report to Trustee. | 0.10<br>400.00/hr | | 40.00 |
| - | MPI | Review e-mail from Trustee's office re: conclusion of 341(a). | 0.10<br>400.00/hr | | 40.00 |
| | | SUBTOTAL: | [    0.20 | | 80.00] |
| **Litigation** | | | | | |
| 3/15/2019 - | MPI | Draft e-mail to Attorney Treger re: complaint filing and upcoming hearing dates. | 0.10<br>400.00/hr | | 40.00 |
| | | SUBTOTAL: | [    0.10 | | 40.00] |
| | | For professional services rendered | 0.30 | | $120.00 |

| | | | | |
|---|---|---|---|---|
| 10/31/2018 | Invoice No. 88348 | 88348 | | $360.00 |
| 11/30/2018 | Invoice No. 88450 | 88450 | | $1,220.00 |
| 12/31/2018 | Invoice No. 88545 | 88545 | | $133.75 |
| 1/31/2019 | Invoice No. 88643 | 88643 | | $292.20 |
| 2/28/2019 | Invoice No. 88739 | 88739 | | $80.00 |
| 3/31/2019 | Invoice No. 88835 | 88835 | | $120.00 |
| 11/30/2019 | Invoice No. 89638 | 89638 | | $80.00 |
| 1/31/2020 | Invoice No. 89832 | 89832 | | $40.00 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                April 30, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 120.00 | 372.20 | 0.00 | 1,713.75 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                                    May 31, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 120.00 | 80.00 | 2,005.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC
**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                                          June 30, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

|  | **Amount** |
|---|---|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 120.00 | 2,085.95 |

27

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

July 31, 2019

In Reference To:    For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,205.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                      August 31, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

|  | **Amount** |
|---|---|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,205.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                   September 30, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

| | **Amount** |
|---|---:|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,205.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                                    October 31, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

|  | **Amount** |
|---|---|
| Previous balance | $2,205.95 |
| **Balance due** | **$2,205.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,205.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                 November 30, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

**Professional Services**

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| | | *Litigation* | | |
| 11/5/2019 | MPI | Draft e-mail to special litigation counsel re: status of litigation. | 0.10 400.00/hr | 40.00 |
| 11/6/2019 | MPI | Review e-mail from special litigation counsel re: case status and draft e-mail to re: same. | 0.10 400.00/hr | 40.00 |
| | SUBTOTAL: | | [ 0.20 | 80.00] |
| | For professional services rendered | | 0.20 | $80.00 |
| | Previous balance | | | $2,205.95 |
| | **Balance due** | | | **$2,285.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | 2,205.95 |

32

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                        December 31, 2019
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only | |
|---|---|---|
| | Payment upon approval of Fee Application | |
| | Re: Roger Wilson and Ernest Spielman | |
| | Case No.: 6:18-bk-15514-WJ | |

|  | **Amount** |
|---|---|
| Previous balance | $2,285.95 |
| **Balance due** | **$2,285.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 80.00 | 0.00 | 0.00 | 2,205.95 |

33

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                                    January 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:    For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | _Litigation_ |  |  |  |
| 1/3/2020 MPI | Draft e-mail to special litigation Attorney re: deposition and case status and review reply. |  | 0.10<br>400.00/hr | 40.00 |
|  | SUBTOTAL: |  | [    0.10 | 40.00] |
|  | For professional services rendered |  | 0.10 | $40.00 |
|  | Previous balance |  |  | $2,285.95 |
|  | **Balance due** |  |  | **$2,325.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 40.00 | 0.00 | 80.00 | 0.00 | 2,205.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                          February 29, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:      For Your Records Only
                      Payment upon approval of Fee Application
                      Re: Roger Wilson and Ernest Spielman
                      Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,325.95 |
| **Balance due** | **$2,325.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 80.00 | 2,205.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                              March 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

|  | **Amount** |
| --- | --- |
| Previous balance | $2,325.95 |
| **Balance due** | **$2,325.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
| --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 40.00 | 0.00 | 2,285.95 |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

May 12, 2021
In Reference To:   For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| **Litigation** |  |  |  |  |  |
| 4/1/2020 - | MPI | Review e-mail from Trustee's office re: status report and draft e-mail to special litigation counsel re: case update. | 0.10 400.00/hr |  | 40.00 |
| - | MPI | Draft e-mail to Trustee re: status of litigation and review e-mail from Attorney Treger re: same. | 0.10 400.00/hr |  | 40.00 |
| SUBTOTAL: |  |  | [  0.20 |  | 80.00] |
| For professional services rendered |  |  | 0.20 |  | $80.00 |
| 10/31/2018 | Invoice No. 88348 | 88348 |  |  | $360.00 |
| 11/30/2018 | Invoice No. 88450 | 88450 |  |  | $1,220.00 |
| 12/31/2018 | Invoice No. 88545 | 88545 |  |  | $133.75 |
| 1/31/2019 | Invoice No. 88643 | 88643 |  |  | $292.20 |
| 2/28/2019 | Invoice No. 88739 | 88739 |  |  | $80.00 |
| 3/31/2019 | Invoice No. 88835 | 88835 |  |  | $120.00 |
| 11/30/2019 | Invoice No. 89638 | 89638 |  |  | $80.00 |
| 1/31/2020 | Invoice No. 89832 | 89832 |  |  | $40.00 |
| 4/30/2020 | Invoice No. 90121 | 90121 |  |  | $80.00 |
| 11/30/2020 | Invoice No. 90893 | 90893 |  |  | $60.00 |
| 2/28/2021 | Invoice No. 91145 | 91145 |  |  | $360.00 |
| 3/31/2021 | Invoice No. 91219 | 91219 |  |  | $1,480.00 |
| 4/30/2021 | Invoice No. 91338 | 91338 |  |  | $761.38 |
| Total payments and adjustments |  |  |  |  | $5,067.33 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                    May 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

| | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 80.00 | 0.00 | 0.00 | 2,325.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

July 09, 2020

| In Reference To: | For Your Records Only<br>Payment upon approval of Fee Application<br>Re: Roger Wilson and Ernest Spielman<br>Case No.: 6:18-bk-15514-WJ | |
|---|---|---|

| | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 80.00 | 0.00 | 2,325.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC
**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                          July 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 80.00 | 2,325.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                        August 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

|  | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,405.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                        September 30, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

| In Reference To: | For Your Records Only |
| | Payment upon approval of Fee Application |
| | Re: Roger Wilson and Ernest Spielman |
| | Case No.: 6:18-bk-15514-WJ |

| | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,405.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**

525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                    October 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,405.95 |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

May 12, 2021
In Reference To:    For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| **Litigation** | | | | | |
| 11/3/2020 - | MPI | Draft e-mail to Attorney  Treger re: status of litigation and review reply. | 0.10 400.00/hr | | 40.00 |
| - | MPI | Draft e-mail to Trustee re: status of litigation. | 0.05 400.00/hr | | 20.00 |
| | SUBTOTAL: | | [    0.15 | | 60.00] |
| | For professional services rendered | | 0.15 | | $60.00 |

| | | | |
|---|---|---|---|
| 10/31/2018 | Invoice No. 88348 | 88348 | $360.00 |
| 11/30/2018 | Invoice No. 88450 | 88450 | $1,220.00 |
| 12/31/2018 | Invoice No. 88545 | 88545 | $133.75 |
| 1/31/2019 | Invoice No. 88643 | 88643 | $292.20 |
| 2/28/2019 | Invoice No. 88739 | 88739 | $80.00 |
| 3/31/2019 | Invoice No. 88835 | 88835 | $120.00 |
| 11/30/2019 | Invoice No. 89638 | 89638 | $80.00 |
| 1/31/2020 | Invoice No. 89832 | 89832 | $40.00 |
| 4/30/2020 | Invoice No. 90121 | 90121 | $80.00 |
| 11/30/2020 | Invoice No. 90893 | 90893 | $60.00 |
| 2/28/2021 | Invoice No. 91145 | 91145 | $360.00 |
| 3/31/2021 | Invoice No. 91219 | 91219 | $1,480.00 |
| 4/30/2021 | Invoice No. 91338 | 91338 | $761.38 |
| | Total payments and adjustments | | $5,067.33 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                    November 30, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

---

In Reference To:    For Your Records Only
                    Payment upon approval of Fee Application
                    Re: Roger Wilson and Ernest Spielman
                    Case No.: 6:18-bk-15514-WJ

|  | **Amount** |
|---|---|
| Previous balance | $2,405.95 |
| **Balance due** | **$2,405.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,405.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                December 31, 2020
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| In Reference To: | For Your Records Only<br>Payment upon approval of Fee Application<br>Re: Roger Wilson and Ernest Spielman<br>Case No.: 6:18-bk-15514-WJ | |
|---|---|---|
| | | **Amount** |
| | Previous balance | $2,465.95 |
| | **Balance due** | **$2,465.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 60.00 | 0.00 | 0.00 | 2,405.95 |

Exhibit 1

# PAGTER and PERRY ISAACSON, APLC

**A PROFESSIONAL LAW CORPORATION**
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Karl Anderson                                                                January 31, 2021
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

| | | |
|---|---|---|
| In Reference To: | For Your Records Only | |
| | Payment upon approval of Fee Application | |
| | Re: Roger Wilson and Ernest Spielman | |
| | Case No.: 6:18-bk-15514-WJ | |
| | | **Amount** |
| | Previous balance | $2,465.95 |
| | **Balance due** | **$2,465.95** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 60.00 | 0.00 | 2,405.95 |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072


Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262


May 12, 2021
In Reference To:   For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ


Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| **Litigation** | | | | | |
| 2/2/2021 - MPI | Draft e-mail to special litigation counsel re: case status. (.1); Telephone conference with special litigation Attorney re: mediation. (.1) | | 0.20 400.00/hr | | 80.00 |
| - MPI | Review and reply to email from Attorney Trager's office re: mediation. | | 0.10 400.00/hr | | 40.00 |
| 2/3/2021 - MPI | Draft detailed e-mail to Trustee re: upcoming mediation. | | 0.10 400.00/hr | | 40.00 |
| - MPI | Draft e-mail to special litigation Attorney re: mediation. | | 0.10 400.00/hr | | 40.00 |
| 2/25/2021 - MPI | Draft e-mail to litigation Attorney re: settlement conference and review reply. (.1); Draft e-mail to Trustee re: settlement conference and review reply. (.1) | | 0.20 400.00/hr | | 80.00 |
| 2/26/2021 - MPI | Conference call with Client re: settlement. | | 0.10 400.00/hr | | 40.00 |
| - MPI | Review Trustee's anticipated distribution for settlement proceeds. | | 0.10 400.00/hr | | 40.00 |
| SUBTOTAL: | | | [   0.90 | | 360.00] |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

May 12, 2021
In Reference To:   For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| **Litigation** | | | | | |
| 3/8/2021 - | MPI | Draft e-mail to special litigation Attorney re: settlement timeline. | 0.10 400.00/hr | | 40.00 |
| - | MPI | Telephone conference with Attorney Traeger re: settlement timeline. | 0.10 400.00/hr | | 40.00 |
| 3/9/2021 - | MPI | Review and reply to email from litigation Attorney re: settlement payment. | 0.10 400.00/hr | | 40.00 |
| 3/10/2021 - | MPI | Review e-mail from Trustee's office and e-mail to Attorney Treger re: documents for settlement payment. | 0.10 400.00/hr | | 40.00 |
| - | MPI | Review and reply to email from Attorney Treger re: confidentiality agreement and motion to compromise Disclosure. | 0.15 400.00/hr | | 60.00 |
| - | MPI | Conference all with Attorney Treger re: releases. (.1); Draft e-mail to Trustee re: 9019 Motion and Disclosure. (.05) | 0.15 400.00/hr | | 60.00 |
| 3/12/2021 - | MPI | Telephone conference with Attorney Treger re: 9019 Motion. | 0.10 400.00/hr | | 40.00 |
| - | MPI | Review and reply to email from Attorney Treger re: 9019 motion and confidentiality agreement. | 0.10 400.00/hr | | 40.00 |

Exhibit 1

Karl Anderson

Page    2

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 3/17/2021 - | MPI | Review and reply to email from litigation counsel re: settlement payment. | 0.10 400.00/hr | | 40.00 |
| 3/18/2021 - | MPI | Telephone conference with Litigation Attorney re: settlement. | 0.10 400.00/hr | | 40.00 |
| - | MPI | Review and reply to email from Client re: settlement payment. | 0.10 400.00/hr | | 40.00 |
| 3/29/2021 - | MPI | Telephone conference with Attorney Treger re: 9019 Motion. (.1); Review and reply to email from Attorney Treger re: motion to compromise. (.1) | 0.20 400.00/hr | | 80.00 |
| 3/31/2021 - | MPI | Draft motion to compromise and declarations in support thereof. | 2.30 400.00/hr | | 920.00 |

| | | | | |
|---|---|---|---|---|
| SUBTOTAL: | | [ | 3.70 | 1,480.00] |
| For professional services rendered | | | 3.70 | $1,480.00 |
| 10/31/2018 Invoice No. 88348 | | 88348 | | $360.00 |
| 11/30/2018 Invoice No. 88450 | | 88450 | | $1,220.00 |
| 12/31/2018 Invoice No. 88545 | | 88545 | | $133.75 |
| 1/31/2019 Invoice No. 88643 | | 88643 | | $292.20 |
| 2/28/2019 Invoice No. 88739 | | 88739 | | $80.00 |
| 3/31/2019 Invoice No. 88835 | | 88835 | | $120.00 |
| 11/30/2019 Invoice No. 89638 | | 89638 | | $80.00 |
| 1/31/2020 Invoice No. 89832 | | 89832 | | $40.00 |
| 4/30/2020 Invoice No. 90121 | | 90121 | | $80.00 |
| 11/30/2020 Invoice No. 90893 | | 90893 | | $60.00 |
| 2/28/2021 Invoice No. 91145 | | 91145 | | $360.00 |
| 3/31/2021 Invoice No. 91219 | | 91219 | | $1,480.00 |
| 4/30/2021 Invoice No. 91338 | | 91338 | | $761.38 |
| Total payments and adjustments | | | | $5,067.33 |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

May 12, 2021
In Reference To:  For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

Professional Services

| | Hrs/Rate | Tax# | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 4/28/2021 - MPI  Review and reply to email from Attorney Holt re: distribution to Debtor of surplus funds and claim objections. | 0.10 400.00/hr | | 40.00 |
| SUBTOTAL: | [ 0.10 | | 40.00] |
| **Fee/Employment Applications** | | | |
| 4/21/2021 - MPI  Review notice of professionals re: final fees and draft e-mail to Susan Anderson re: same. | 0.10 400.00/hr | | 40.00 |
| SUBTOTAL: | [ 0.10 | | 40.00] |
| **Litigation** | | | |
| 4/1/2021 - MPI  Review and reply to email from Attorney Treger re: motion to compromise. | 0.10 400.00/hr | | 40.00 |
| - MPI  Review and reply to email from Trustee re: declaration in support of motion to compromise. | 0.05 400.00/hr | | 20.00 |
| 4/5/2021 - MPI  Revise declaration of Attorney Treger and forward same for execution. | 0.10 400.00/hr | | 40.00 |

Exhibit 1

Karl Anderson

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/5/2021 - | MPI | Review and reply to email from Attorney Treger re: 9019 motion procedure. | 0.10<br>400.00/hr | | 40.00 |
| 4/6/2021 - | MPI | Draft e-mail to Attorney Treger re: 9019 motion. | 0.10<br>400.00/hr | | 40.00 |
| 4/13/2021 - | MPI | Telephone conference with Attorney Treger re: settlement check. | 0.10<br>400.00/hr | | 40.00 |
| 4/26/2021 - | MPI | Draft declaration and order granting motion to compromise. | 0.20<br>400.00/hr | | 80.00 |
| 4/27/2021 - | MPI | Review and reply to email from Attorney Treger re: motion to compromise. | 0.10<br>400.00/hr | | 40.00 |
| 4/28/2021 - | MPI | Review order and draft e-mail to special litigation counsel re: granting motion to compromise. (.1); Draft e-mail to Trustee re: order and authorization for payment of special litigation counsels fees. (.1) | 0.20<br>400.00/hr | | 80.00 |
| - | MPI | Telephone conference with Attorney Treger re: release of settlement funds. | 0.10<br>400.00/hr | | 40.00 |
| - | MPI | Telephone conference with Trustee re: cash disbursement motion for settlement funds. | 0.20<br>400.00/hr | | 80.00 |
| 4/29/2021 - | MPI | Draft e-mail to Attorney Treger re: settlement payment. (.1); Review and reply to email from Attorney Treger re: distribution of settlement funds to Debtor. (.1) | 0.20<br>400.00/hr | | 80.00 |
| | | SUBTOTAL: | [    1.55 | | 620.00] |
| | | For professional services rendered | 1.75 | | $700.00 |

Additional Charges :

| | | | Qty/Price | | |
|---|---|---|---|---|---|
| 4/6/2021 - | | Postage - Motion and Notice to Compromise - 33 pieces @ .51.  Total 16.83 | 1<br>16.83 | | 16.83 |
| - | | Motion and Notice to Compromise - 33 copies @ 9 pages. Total 297 | 297<br>0.15 | | 44.55 |
| | | Total costs | | | $61.38 |

| | | | |
|---|---|---|---|
| 10/31/2018 | Invoice No. 88348 | 88348 | $360.00 |
| 11/30/2018 | Invoice No. 88450 | 88450 | $1,220.00 |
| 12/31/2018 | Invoice No. 88545 | 88545 | $133.75 |
| 1/31/2019 | Invoice No. 88643 | 88643 | $292.20 |
| 2/28/2019 | Invoice No. 88739 | 88739 | $80.00 |

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072

Invoice submitted to:
Karl Anderson
Chapter 7 Trustee
The Abby Center
340 So. Farrell Drive  Ste A210
Palm Springs, CA 92262

May 12, 2021
In Reference To:  For Your Records Only
Payment upon approval of Fee Application
Re: Roger Wilson and Ernest Spielman
Case No.: 6:18-bk-15514-WJ

Professional Services

| | Hrs/Rate | Tax# | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 5/12/2021 - MPI   Draft motion and declaration in support of cash disbursements (.5).  Estimated time for preparation of declaration and order in support (.2).  Draft email to Trustee re: motion for cash disbursements. | 0.80 400.00/hr | | 320.00 |
| SUBTOTAL: | [   0.80 | | 320.00] |
| **Fee/Employment Applications** | | | |
| 5/11/2021 - MPI   Begin Preparation of First and Final Fee Application | 0.70 400.00/hr | | 280.00 |
| 5/12/2021 - MPI   Continued drafting of First and Final Fee Application | 1.10 400.00/hr | | 440.00 |
| SUBTOTAL: | [   1.80 | | 720.00] |
| For professional services rendered | 2.60 | | $1,040.00 |

Exhibit 1

Karl Anderson

Additional Charges :

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 5/12/2021 | - | Postage - Final fee application - 32 pieces @ 1.60.  Total 51.20 | 1 51.20 | | 51.20 |
| | - | Final fee application - 32 copies @ 40 pages.  Total 1280 | 1,280 0.15 | | 192.00 |
| | **Total costs** | | | | **$243.20** |
| 10/31/2018 | Invoice No. 88348 | 88348 | | | $360.00 |
| 11/30/2018 | Invoice No. 88450 | 88450 | | | $1,220.00 |
| 12/31/2018 | Invoice No. 88545 | 88545 | | | $133.75 |
| 1/31/2019 | Invoice No. 88643 | 88643 | | | $292.20 |
| 2/28/2019 | Invoice No. 88739 | 88739 | | | $80.00 |
| 3/31/2019 | Invoice No. 88835 | 88835 | | | $120.00 |
| 11/30/2019 | Invoice No. 89638 | 89638 | | | $80.00 |
| 1/31/2020 | Invoice No. 89832 | 89832 | | | $40.00 |
| 4/30/2020 | Invoice No. 90121 | 90121 | | | $80.00 |
| 11/30/2020 | Invoice No. 90893 | 90893 | | | $60.00 |
| 2/28/2021 | Invoice No. 91145 | 91145 | | | $360.00 |
| 3/31/2021 | Invoice No. 91219 | 91219 | | | $1,480.00 |
| 4/30/2021 | Invoice No. 91338 | 91338 | | | $761.38 |
| | **Total payments and adjustments** | | | | **$5,067.33** |

Exhibit 1

# EXHIBIT 2

Exhibit 2

# PAGTER AND PERRY ISAACSON, APLC

# RESUME

Exhibit 2

# <u>OVERVIEW OF THE FIRM</u>

In 1979 Ralph G. Pagter, then a sole practitioner, founded Pagter Law Corporation. From 1979 through 1983, the firm principally handled insolvency and bankruptcy matters, with some business litigation in state court. From January 1984 through October of 1986, Mr. Pagter served as a United States Bankruptcy Judge for the Central District of California. Judge Pagter returned to the private practice of law, under the name Pagter Law Corporation, in early 1987. R. Gibson Pagter, Jr. joined the firm in June 1987. Harlene Miller joined the firm as a law clerk in 1988 and as a lawyer in 1990.

In 1994, the firm changed its name to Pagter and Miller. Judge Pagter retired from the firm in 1995. In July 2014 the Firm changed its Name to Pagter and Perry Isaacson ("PPI"). Our office is located near the Bankruptcy Court in Santa Ana, California. Since 1986, the practice of the firm has focused on personal and business insolvency and bankruptcy matters, with some litigation in State and Federal Courts. Pagter and Perry Isaacson aims to provide quality services at a reasonable price.

PPI represents and has represented creditors, debtors, Trustees, landlords, shareholders, and other parties in interest in all types of bankruptcy cases throughout California, and often outside of California as well. Through this practice the members of PPI have gained an understanding of the positions and viewpoints of all parties in a bankruptcy case. PPI believes that this gives it the ability to evaluate your desires more accurately and realistically than a firm which represents only creditors or debtors.

We work closely with our clients with aggressive and innovative approaches to solve their problems and meet their needs. By concentrating the firm's combined talents, experience and energies in representing debtors and creditors, we believe we have the ability to provide the efficient, cost-effective quality legal services. We value each client relationship, recognizing that our success is a direct result of the success of our clients.

## INSOLVENCY PRACTICE

PPI's attorneys regularly handle a wide variety of bankruptcy law and debtor-creditor matters. Certain members of the firm have, and continue to specialize in the representation of creditors and lessors and are sophisticated in the nuances and strategy of bankruptcy practice. Our firm has also represented creditor committees and bankruptcy trustees.

In this area, we are involved in:

* Relief from Stay matters

* Problem loan workouts

* Chapter 11 financing

* Reorganizations

Exhibit 2

\*      Liquidations

\*      Adversary proceedings under the Bankruptcy Code

We regularly seek and obtain relief from the automatic stay; oppose the debtor's use of cash collateral, file suit to compel the avoidance of fraudulent or preferential transfers, the appointment of a trustee, or conversion to Chapter 7 liquidation or dismissal, advise clients regarding plans of reorganization; and take other appropriate action.

# STAFF AND SUPPORT SERVICES

Our administrative staff is well-trained and experienced in meeting and anticipating our clients' needs.  They carry through with our firm's philosophy of friendly and responsive service to our clients.

Our staff uses the latest computer technology and word processing equipment, much of which has been designed specifically for us.  This helps to standardize the preparation of documents and to complete them with efficiency and cost-effectiveness.  Our firm maintains an extensive law library, together with a computer research system which allows comprehensive research to be carried out quickly and efficiently.

Exhibit 2

# PROFESSIONAL SERVICES FEE SCHEDULE

## Effective March 2016

R. GIBSON PAGTER, JR., ESQ.  ................$600/hour

MISTY PERRY ISAACSON, ESQ. . . . . . . . .$400/hour

PARALEGALS and/or LAW CLERKS  ... $60-160/hour

Exhibit 2

# R. GIBSON PAGTER, JR.

Pagter and Perry Isaacson LC
525 N. Cabrillo Park Dr., Ste 104
Santa Ana CA 92701
(714) 541-6072 x 221 Phone      (714) 541-6897 fax      gibson@ppilawyers.com email

## LEGAL QUALIFICATIONS

Admitted to practice in California, 1984
U. S. District Court, Central District of CA, 1984
U. S. District Court, Southern District of CA, 1985
U. S. District Court, Northern District of CA, 1991
U. S. District Court, Eastern District of CA, 1993
U. S. Court of Appeals for the Ninth Circuit, 1988
United States Supreme Court, 1994
Pro Hac Vice, U.S. Bankruptcy Court for District of Alaska 2001
Pro Hac Vice, U.S. Bankruptcy Court for District of Arizona 2004, 2005, 2008, 2011
Pro Hac Vice, U.S. Bankruptcy Court for District of Colorado 2004
Pro Hac Vice, U.S. Bankruptcy Court for District of Delaware, 2001
Pro Hac Vice, U.S. Bankruptcy Court for Southern District of Florida 2001
Pro Hac Vice, U.S. Bankruptcy Court for Northern District of Georgia 2019
Pro Hac Vice, U.S. Bankruptcy Court for District of Guam 2005
Pro Hac Vice, U.S. Bankruptcy Court for District of Hawaii 2012
Pro Hac Vice, U.S. Bankruptcy Court for Northern District of Illinois 2014
Pro Hac Vice, U.S. Bankruptcy Court for District of Maryland 2002
Pro Hac Vice, U.S. Bankruptcy Court for District of Montana 2020
Pro Hac Vice, U.S. Bankruptcy Court for District of Nevada, 1995, 1997, 2000, 2001, 2005, 2006, 2010, 2011, 2014
Pro Hac Vice, U.S. Bankruptcy Court for Western District of North Carolina 2003
Pro Hac Vice, U.S. Bankruptcy Court for District of Oregon 2001
Pro Hac Vice, U.S. Bankruptcy Court for Southern District of Texas, 1996, 2011
Pro Hac Vice, U.S. Bankruptcy Court for District of Utah, 1994 and 2014
Pro Hac Vice, U.S. Bankruptcy Court for Eastern District of Washington 2003, 2012
Pro Hac Vice, U.S. Bankruptcy Court for Western District of Wisconsin 2003

## EDUCATION

Western State University College of Law, J. D. (Cum Laude), 1984
University of California, Santa Barbara, B. A. English, (Cum Laude), 1981

## MEMBERSHIPS

Orange County Bar Association: Commercial Law & Bankruptcy, Real Estate, Business Litigation, and Insurance Law sections.
Orange County Bankruptcy Forum; American Bankruptcy Institute; Celtic Bar Association.

## LEGAL EXPERIENCE

1995: Certified Specialist In Bankruptcy Law, The State Bar of California Board of Legal Specialization
1987 to present, Pagter and Perry Isaacson, APLC (fka Pagter and Miller), Attorney and Owner; Santa Ana, California
Representing or advising parties in bankruptcy cases, litigation, and appeals, and/or rendered opinions on bankruptcy issues primarily in California, but also in many other states from Arizona to Utah, including appellate work in the US District Court for the Central District of CA, Bankruptcy

1

Exhibit 2

Appellate Panel for and the Ninth Circuit Court of Appeals, and the U.S. Supreme Court.


Consulting and trial expert witness in state and federal court, civil and criminal, since 10/1994.
1990 - 1993 Court-Appointed Examiner in Chapter 11 case
1986 to 1987 Berger, Kahn, Shafton and Moss, Associate Attorney
Irvine, California -- Primarily insurance defense and coverage matters
1985 to 1986 Robert J. Smith and Associates, Associate Attorney
Santa Ana, California -- Primarily insurance defense and personal injury matters

## SPEAKER
Violations of Stay, OCBA, Commercial Law/BK Section, March 1992
Bankruptcy for the Non-Bankruptcy Lawyer: When the Treasure's Gone, OCBA, November 1997 (Belize)
Bankruptcy Impact on Personal Injury Litigation, OC Trial Lawyers Assn., September 1996
Bankruptcy Issues for Insurance Defense Lawyers, for Bonnie, Bridges, et al law firm, April 1997
Preparing for the Afterlife Beforehand: Anticipating Collection, OCBA, Education Section, October 1997
Tax Issues in Chapter 13, with Lester Raikow, CPA, October 1997
Real Estate Brokers, Sellers, and Bankruptcy: Catastrophe or Opportunity, OCBA, Real Estate Section, February 1998
Bankruptcy Issues Affecting CPAs in Family Law Cases: Expert Beware! CA Society of Certified Public Accountants, December 1998
Bankruptcy and the Insurance Practitioner, OCBA Insurance Section, January 1999
Bankruptcy for the Non-Bankruptcy Lawyer, OCBA, 2000 (Aruba)
Bankruptcy for the Non-Bankruptcy Lawyer, OCBA, 2003 (Ireland)
Tax Year Election for Individuals in Chapter 7 and 11, OCBF, March 2004
Intersection of Bankruptcy and Insurance Law, OCBA Insurance Section, October 2004
Intersection of Bankruptcy and Insurance Law, OCBA Insurance Section, October 2005
BAPCPA AND REAL ESTATE IMPACTS, OCBA Real Estate Section, June 2008

Published Opinions

All Points vs Meyer (In re Meyer), 373 B.R (9th Cir BAP 2007) (lien avoidance when debtor is a joint tenant of property), settled on further appeal (2008)

Derebery, 324 B.R. 329 (Bk C.D. Cal 2005) [Section 523(a)(6)/collateral estoppel of mixed jury verdict/judgment]

Gionis v. Wayne, 170 B.R. 675 (9th Cir. BAP 1994), affd, (9th Cir. 1994) [Sect 523(a)(5)/collateral estoppel of dissolution judgment where no spousal support specifically awarded]

Huber v Danning, 147 B.R, 526 (9th Cir BAP 1993), affd. 32 F 3rd 572 (9th Cir 1994], cert den (1994)[Section 544, Trustee avoidance of unrecorded grant deed from Debtor to third party]

Bucknum, 951 F 2nd 204 (9th Cir 1991) [late-filed Section 523 complaint dismissed]

American Contractors Indemnity Company vs Kronemyer, 405 B.R. 915 (9th Cir BAP 2009) [surety has contingent claim, and standing to sue debtor for non-dischargeability asserting the contingent rights of successor fiduciary re: same]

American Contractors v. Heers (In re Heers), 529 B.R. 734 (9th Cir. BAP 2015) [finding "defalcation" by a fiduciary where Debtor, a lawyer, missed deadline to file estate's tax return]

2

Exhibit 2

# <u>MISTY PERRY ISAACSON</u>

## <u>ADMISSIONS</u>
Admitted to practice in California, December 1997
U.S. District Court, Central District, December 1997
U.S. Court of Appeals, Ninth Circuit, July 2000
U.S. District Court, Eastern District, June 2002
U.S. District Court, Southern District, June 2002
U.S. District Court, Northern District, June 2002
California Certified Legal Specialist in Bankruptcy Law, June 2012
Pro Hac Vice, U.S. Bankruptcy Court, Northern District of Texas, November 2012 and May 2013
Pro Hac Vice, U.S. Bankruptcy Court, District of Oregon, July 2015 and July 2016

## <u>EDUCATION</u>
Southwestern University School of Law, Juris Doctor, May 1997
- Judicial Extern, Hon. Kathleen P. March (Ret.), United States Bankruptcy Judge, Central District of California, May-December 1996

California State University, Long Beach, Bachelor of Arts in Political Science, May 1993

## <u>PROFESSIONAL ACTIVITIES</u>
- Chair Elect of the Ninth Circuit Lawyer Representative Coordinating Committee (2019-2021)
- The State Bar of California, Business Law Section, Insolvency Law Committee Member (2017-2020); Advisor (2021)
  Chair of the Constituency, Outreach, and Website Subcommittee (2018-2019)
- Central District of California Attorney Admission Fund, Board Member (2017-2023)
- Ninth Circuit Lawyer Representative for Central District of California (2014-2018)
  Co-Chair of the Lawyer Representatives for the Central District of California (2017-2018)
- United States Bankruptcy Court Central District of California Small Business Reorganization Task Force (2020-2021)

## <u>MEMBERSHIPS</u>
- California Lawyers Association, Business Law Section, Member
- James T. King Southern California Bankruptcy Inn of Court, Member
- Orange County Bar Association, Commercial Law & Bankruptcy Section, Member
- Orange County Bankruptcy Forum, Member

## <u>AWARDS</u>
Hon. William J. Lasarow Award for Outstanding Pro Bono Service to the Community (October 26, 2017)

## <u>LEGAL EXPERIENCE</u>

| | |
|---|---|
| ATTORNEY | January 2005 to November 2009<br>October 2010 to present<br>Pagter and Perry Isaacson (fka Pagter and Miller– Santa Ana, California) |
| TRIAL ATTORNEY | November 2009 to October 2010<br>Department of Justice, Office of the U.S. Trustee (Riverside Division) |
| ATTORNEY | July 2002 to December 2004<br>Dreyfuss, Ryan & Weifenbach – Santa Ana, California |
| ATTORNEY | April 2002 to July 2002<br>Nicastro Piscopo & Ogrin – Anaheim, California |
| STAFF ATTORNEY | February 1998 to April 2002<br>Amrane Cohen, Chapter 13 Trustee – Orange, California |
| LAW CLERK | December 1996 to December 1997<br>De Gyarfas & Associates – Los Angeles, California |

Exhibit 2

**SPEAKING ENGAGEMENTS**

- Bankruptcy Basics – Concordia University Irvine, Guest Lecturer for MBA Course in in Business Law (2021)
- Pros and Cons of Filing a Chapter 7 for a Business Entity and Alternatives (ABCs, Receiverships, Etc.) – Inland Empire Bankruptcy Forum (2021)
- Business Bankruptcy Issues During the Pandemic – District Courts of Guam and the Northern Mariana Islands with the Guam and CNMI Bar Associations (2020)
- Businesses in Distress in the Covid-19 Era - Vietnamese American Bar Association of Southern California & Vietnamese American Chamber of Commerce (2020)
- Walk a Mile in My Shoes: The Ethics Challenges of Bankruptcy Attorneys Who Represent Debtors in Chapter 13 Cases – American Bankruptcy Institute Winter Leadership Conference (2019)
- How to Avoid Unpleasant Collisions: The Intersection Between Real Estate and Bankruptcy Law – Orange County Bar Association, Real Estate Law Section (2019)
- Attorney Fee Compensation in Chapter 13 Cases – Orange County Bankruptcy Forum (2018)
- Strategies to Avoid the Darkness of the Mountain Shadows – Jacobson Revisited  - California Bankruptcy Forum (2018)
- Elimination of Bias – Conference of Chief Bankruptcy Judges, Clerks of Court & Lawyer Representatives (2018)
- Judicial Estoppel and Bankruptcy Cases – Ninth Circuit Judicial Conference (2017)
- Bankruptcy, Wills, & Trusts – Orange County Bar Association (2017)
- Valuations: How Much Evidence is Enough – Conference of Chief Bankruptcy Judges, Clerks of Court & Lawyer Representatives (2017)
- Unbundling of Consumer Bankruptcy Representation – California Bankruptcy Forum (2016)
- Bankruptcy Ethics and Unbundling Legal Services – Inland Empire Bankruptcy Forum (2015)
- L.E.A.P. Bankruptcy Training – Legal Aid Society of Orange County and Chapman Univ. Fowler School of Law (2015)
- Ethical Issue in Bankruptcy Representation – Orange County Bar Association (2015)
- Public Law Center's Chapter 7 Pro Bono Clinic Training – Orange County Bar Association (2012), (2014-15), (2017-2019)
- Commercial Foreclosures, Remedies, and the IRS – Orange County Bar Association (2012)
- Life After Confirmation: Chapter 13 Post-Confirmation Issues – Orange County Bar Association (2011)
- Bankruptcy Seminar (Chapter 7 Program) – Department of Justice, Office of the U.S. Trustee (2010)
- Bankruptcy 101: The Nuts & Bolts of Chapter 7 – Orange County Bar Association (2010)
- Bankruptcy is Alive and Well after BAPCPA – Western State University Alumni Association, Inc. (2008)
- Objections to Confirmation – National Association of Chapter 13 Trustees Conference (2004)
- Bankruptcy Issues – United States Foreclosure Network Conference (2004)
- Chapter 13 Practice and Child Support Issues – Orange County District Attorney Office (2002)
- Jurisdictional Limits for Chapter 13 – Orange County Bankruptcy Forum (2001)
- Chapter 13 Classroom Program – Chapman University School of Law (2000-2004)
- Chapter 13 Practice and Procedures – Orange Coast College Paralegal Program (1999-2002)

**REPORTED DECISIONS**: *American Contractors v. Heers* (*In re Heers*), 529 B.R. 734 (BAP 9th Cir. 2015); *American Contractors Indemnity Co. v. Kronemyer (In re Kronemyer)* 405 B.R. 915 (BAP 9th Cir. 2009); *Cohen v. Tran (In re Tran)* 309 B.R. 330 (B.A.P. 9th Cir. 2004); *Soderlund v. Cohen (In re Soderlund)* 236 B.R. 271 (BAP 9th Cir. 1999)

Exhibit 2

# EXHIBIT
# 3

Exhibit 3

In re Roger Wilson and Ernest Spielman
Case No. 6:18-bk-15514-WJ

## Fee Categorized Per U.S. Trustee Classifications

| # | Category | Type | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 |
|---|----------|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| 1 | Asset Analysis & Recovery | Time | 0.7 | 0.15 | | | | | | | | | |
| | | Fees | $280.00 | $60.00 | | | | | | | | | |
| 2 | Asset Disposition | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 3 | Business Operations | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 4 | Case Administration | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 5 | Claims Admin & Objection | Time | | | | | | 0.2 | | | | | |
| | | Fees | | | | | | $80.00 | | | | | |
| 6 | Employee Benefits/Pensions | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 7 | Fee/Employment Applications | Time | 0.2 | 2.9 | 0.1 | 0.6 | | | | | | | |
| | | Fees | $80.00 | $920.00 | $40.00 | $240.00 | | | | | | | |
| 8 | Fee/Employment Objections | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 9 | Financing | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 10 | Meeting of Creditors | Time | | | | 0.1 | 0.2 | | | | | | |
| | | Fees | | | | $40.00 | $80.00 | | | | | | |
| 11 | Plan & Disclosure Statement | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 12 | Miscellaneous | Time | | | | | | | | | | | |
| | | Fees | | | | | | | | | | | |
| 13 | Litigation | Time | | | | | | 0.1 | | | | | |
| | | Fees | | | | | | $40.00 | | | | | |
| | TIME TOTAL | | 0.9 | 3.05 | 0.1 | 0.7 | 0.2 | 0.3 | 0 | 0 | 0 | 0 | 0 |
| | FEE TOTAL | | $360.00 | $980.00 | $40.00 | $280.00 | $80.00 | $120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit 3

In re Roger Wilson and Ernest Spielman
Case No. 6:18-bk-15514-WJ

| Month | | | | |
|---|---|---|---|---|
| Sep-19 | | | 0 | $0.00 |
| Oct-19 | | | 0 | $0.00 |
| Nov-19 | 0.2 | $80.00 | 0.2 | $80.00 |
| Dec-19 | | | 0 | $0.00 |
| Jan-20 | 0.1 | $40.00 | 0.1 | $40.00 |
| Feb-20 | | | 0 | $0.00 |
| Mar-20 | | | 0 | $0.00 |
| Apr-20 | 0.2 | $80.00 | 0.2 | $80.00 |
| May-20 | | | 0 | $0.00 |
| Jun-20 | | | 0 | $0.00 |
| Jul-20 | | | 0 | $0.00 |
| Aug-20 | | | 0 | $0.00 |
| Sep-20 | | | 0 | $0.00 |
| Oct-20 | | | 0 | $0.00 |
| Nov-20 | 0.15 | $60.00 | 0.15 | $60.00 |

Exhibit 3

In re Roger Wilson and Ernest Spielman
Case No. 6:18-bk-15514-WJ

| Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | TIME | FEES |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 0.85 | $340.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  | 0.1<br>$40.00 |  |  | 0.8<br>$320.00 | 1.1 | $440.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  | 0.1<br>$40.00 | 1.8<br>$720.00 | 5.7 | $2,040.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  |  |  | 0.2 | $80.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  | 0.9<br>$360.00 | 3.7<br>$1,480.00 | 1.55<br>$620.00 |  | 7 | $2,800.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  |  |  | 0 | $0.00 |
|  |  |  |  |  |  | 0 | $0.00 |
| $0.00<br>0 | $0.00<br>0 | $360.00<br>0.9 | $1,480.00<br>3.7 | $700.00<br>1.75 | $1,040.00<br>2.6 | 14.85 | $5,700.00 |

Exhibit 3

# EXHIBIT
# 4

Exhibit 4

In re Roger Wilson and Ernest Spielman
Case No. 6:18-bk-15514-WJ-MH

## Attorney Time Summary Per U.S. Trustee Classifications

| | | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Misty Perry Isaacson @ 400 | | | | | | | | | | |
| | Time | 0.9 | 3.05 | 0.1 | 0.7 | 0.2 | 0.3 | 0 | 0 | 0 | 0 |
| | Fees | $360 | $980 | $40 | $280 | $80 | $120 | | | | |
| 2 | R. Gibson Pagter Jr. @ $550 | | | | | | | | | | |
| | Time | | | | | | | | | | |
| | Fees | | | | | | | | | | |
| | Total Time | 0.9 | 3.05 | 0.1 | 0.7 | 0.2 | 0.3 | 0 | 0 | 0 | 0 |
| | Total Fees | $360 | $980 | $40 | $280 | $80 | $120 | $0 | $0 | $0 | $0 |

Exhibit 4

| Month | Value | Amount | Note |
|---|---|---|---|
| Aug-19 | $0 | 0 | |
| Sep-19 | $0 | 0 | |
| Oct-19 | $0 | 0 | |
| Nov-19 | $80 | 0.2 | $80 |
| Dec-19 | $0 | 0 | |
| Jan-20 | $40 | 0.1 | $40 |
| Feb-20 | $0 | 0 | |
| Mar-20 | $0 | 0 | |
| Apr-20 | $80 | 0.2 | $80 |
| May-20 | $0 | 0 | |
| Jun-20 | $0 | 0 | |
| Jul-20 | $0 | 0 | |
| Aug-20 | $0 | 0 | |
| Sep-20 | $0 | 0 | |

Exhibit 4

In re Roger Wilson and Ernest Spielman
Case No. 6:18-bk-15514-WJ-MH

| | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | TIME | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $60 | | | $360 | $1,480 | $700 | $1,040 | | $5,700.00 |
| | | | | | | | | | 0 | $0.00 |
| | | 0.15 | | | 0.9 | 3.7 | 1.75 | 2.6 | 14.85 | |
| | 0 | $60 | 0 | 0 | 1,160 | 1,160 | 1,160 | 1,160 | 14.85 | $5,700.00 |
| | $0 | | $0 | $1,160 | $1,160 | $1,160 | $1,160 | $1,160 | | |

Exhibit 4

71

# EXHIBIT
# 5

Exhibit 5

In re Roger Wilson and Ernest Spielman
Case No. 6:18-bk-15514-WJ

Expense Summary Per U.S. Trustee Classifications

| | | Dec-18 | Jan-19 | Apr-21 | May-21 | TOTAL |
|---|---|---|---|---|---|---|
| 1 | Photocopies | $65.00 | $12.20 | $44.55 | $192.00 | $313.75 |
| 2 | Facsimile | | | | | $0.00 |
| 3 | Postage | $28.75 | | $16.83 | $51.20 | $96.78 |
| 4 | Miscellaneous | | | | | $0.00 |
| 5 | Overnight/Atty Service | | | | | $0.00 |
| 6 | Court Fees | | | | | $0.00 |
| | | $93.75 | $12.20 | $61.38 | $243.20 | $410.53 |

Exhibit 5

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROGER FRANK WILSON<br>ERNEST DEAN SPIELMAN | CASE NO: 18-15514<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/12/2021, I did cause a copy of the following documents, described below,

FIRST AND FINAL APPLICATION FOR COMPENSATION BY PAGTER AND PERRY ISAACSON, A PROFESSIONAL CORPORATION, GENERAL COUNSEL FOR CHAPTER 7 TRUSTEE, KARL T. ANDERSON; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT T

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/12/2021

/s/ MISTY PERRY ISAACSON
MISTY PERRY ISAACSON  193204

PAGTER AND PERRY ISAACSON
525 N. CABRILLO PARK DRIVE, SUITE 104
SANTA ANA, CA  92701
714 541 6072

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE:

ROGER FRANK WILSON
ERNEST DEAN SPIELMAN

CASE NO: 18-15514

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 5/12/2021, a copy of the following documents, described below,

FIRST AND FINAL APPLICATION FOR COMPENSATION BY PAGTER AND PERRY ISAACSON, A PROFESSIONAL
CORPORATION, GENERAL COUNSEL FOR CHAPTER 7 TRUSTEE, KARL T. ANDERSON; MEMORANDUM OF
POINTS AND AUTHORITIES; AND DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT T

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of
Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
MISTY PERRY ISAACSON
PAGTER AND PERRY ISAACSON
525 N. CABRILLO PARK DRIVE, SUITE 104
SANTA ANA, CA  92701

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENTS" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
09736
CASE 6-18-BK-15514-WJ
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE
WED MAY 12 11-56-55 PDT 2021

EXCLUDE
PASTER AND PERRY ISAACSON APLC
525 N CABRILLO PARK DRIVE
SUITE 104
SANTA ANA CA 92701 5017

EXCLUDE
RIVERSIDE DIVISION
3420 TWELFTH STREET
RIVERSIDE CA 92501 3819

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899-8803

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COMENITYBANKBRYLANEHO
PO BOX 182789
COLUMBUS OH 43218-2789

COMENITYCBHABAND
PO BOX 182120
COLUMBUS OH 43218-2120

COMENITYCBOVERSTOCK
PO BOX 182120
COLUMBUS OH 43218-2120

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS NV 89193-8875

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850-5316

DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

DSRM NT BK
PO BOX 631
AMARILLO TX 79105-0631

KOHLSCAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-7096

LOGIX FEDERAL CREDIT UNION
PO BOX 6759
BURBANK CA 91510-6759

LOGIX FEDERAL CU
2340 N HOLLYWOOD WAY
BURBANK CA 91505-1124

MECHANICS BANK FKA CRB
PO BOX 25805
SANTA ANA CA 92799-5805

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

PYOD LLC
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

PYOD LLC ITS SUCCESSORS AND ASSIGNS AS
ASSI
OF CITIBANK NA
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

PINNACLE CREDIT SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

PINNACLE CREDIT SERVICES LLC ITS
SUCCESSORS
ASSIGNS AS ASSIGNEE OF HSBC CARD
SERVICES III INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SEARSCBNA
PO BOX 6283
SIOUX FALLS SD 57117-6283

SYNCBMATHIS BROTHERS
950 FORRER BLVD
KETTERING OH 45420-1469

SYNCBLOWES
PO BOX 956005
ORLANDO FL 32896-0001

TD BANK USA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248866
OKLAHOMA CITY OK 73124-8866

TD BANK USATARGETCRED
PO BOX 673
MINNEAPOLIS MN 55440-0673

EXCLUDE
UNITED STATES TRUSTEE RS
3801 UNIVERSITY AVENUE SUITE 720
RIVERSIDE CA 92501-3255

USAA SAVINGS BANK
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0002

ERNEST DEAN SPIELMAN
1850 S CAMINO REAL
APT 6
PALM SPRINGS CA 92264-9273

EXCLUDE
GARY J HOLT
LAW OFFICES OF GARY J HOLT
1286 UNIVERSITY AVENUE 189
SAN DIEGO CA 92103-3312

EXCLUDE
KARL T ANDERSON TR
340 SOUTH FARRELL DRIVE SUITE A210
PALM SPRINGS CA 92262-7932

CM/ECF E-SERVICE
(+) KARL T ANDERSON
340 S FARRELL DR
SUITE A210
PALM SPRINGS CA 92262-7932

DEBTOR
ROGER FRANK WILSON
1850 S CAMINO REAL
APT 6
PALM SPRINGS CA 92264-9273

77

ADDRESSES WERE GENERATED FROM SOFTWARE DOCKETED VIA THE "NOTICE OF SERVICE" INTERFACE TO THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM

(Debtor)
Roger Frank Wilson
1850 S Camino Real
Apt 6
Palm Springs, CA 92264-9273
represented by:
Gary J Holt
Law Offices of Gary J Holt
1286 University Avenue #189
San Diego, CA 92103-3312

centralecf@gmail.com

(U.S. Trustee)
United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

ustpregion16.rs.ecf@usdoj.gov

(Joint Debtor)
Ernest Dean Spielman
1850 S Camino Real
Apt 6
Palm Springs, CA 92264-9273
represented by:
Gary J Holt
Law Offices of Gary J Holt
1286 University Avenue #189
San Diego, CA 92103-3312

centralecf@gmail.com

Pagter and Perry Isaacson, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701
(Attorney)
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Interested Party)
represented by:
Valerie Smith
PRA Receivables Management LLC
130 Corporate Blvd
Norfolk, VA 23502

claims@recoverycorp.com

Peter M Schwaetz
1999 Avenue of the Starts Suite 1100
Los Angeles, CA 90067

Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Trustee)
Karl T Anderson (TR)
340 South Farrell Drive, Suite A210
Palm Springs, CA 92262
represented by:
R Gibson Pagter, Jr.
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

gibson@ppilawyers.com

(Accountant)
Karl T. Anderson
340 S. Farrell Dr.
Suite A210
Palm Springs, CA 92262
Tax ID / EIN: 33-0592587

ktacpa@msn.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **FIRST AND FINAL APPLICATION FOR COMPENSATION BY PAGTER AND PERRY ISAACSON, A PROFESSIONAL CORPORATION, GENERAL COUNSEL FOR CHAPTER 7 TRUSTEE, KARL T. ANDERSON; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/12/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karl T Anderson (TR)**    2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Gary J Holt**    centralecf@gmail.com, G2810@notify.cincompass.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/12/2021 | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
| Date | *Printed Name* | *Signature* |