# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, June 15, 2021** | **Hearing Room  304** |

**3:30 PM**
**6:18-15514**   Roger Frank Wilson and Ernest Dean Spielman                                                           **Chapter 7**

   #23.00   Hrg re motion of cash disbursements by the trustee

                                                      Docket      0

**Matter Notes:**

PRESENT: M. PERRY-ISAACSON

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(✓) Continued to  8/3/21 AT 1:30 PM.

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, June 15, 2021**             **Hearing Room**    **304**

**3:30 PM**
**CONT...**    Roger Frank Wilson and Ernest Dean Spielman          **Chapter 7**

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Roger Frank Wilson          Represented By
                                                   Gary J Holt

**Joint Debtor(s):**

Ernest Dean Spielman          Represented By
                                                   Gary J Holt

**Trustee(s):**

Karl T Anderson (TR)          Represented By
                                                   Peter M Schwaetz
                                                   R Gibson Pagter Jr.
                                                   Misty A Perry Isaacson