**MISTY PERRY ISAACSON,** CA SBN 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:   (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | ) Case No. 6:18-bk-15514-WJ |
| | ) |
| ROGER FRANK WILSON and | ) Chapter 7 |
| ERNEST DEAN SPIELMAN, | ) |
| | ) NOTICE OF WITHDRAWAL OF MOTION |
| Debtors. | ) UNDER LBR 2016-2 FOR APPROVAL OF |
| | ) CASH DISBURSEMENTS BY THE |
| | ) TRUSTEE |
| | ) |
| | ) **Continued Hearing** |
| | ) Date:  August 3, 2021 |
| | ) Time:  1:30 p.m. |
| | ) Ctrm:   304 |
| | ) Place:  3420 Twelfth St. |
| | )            Riverside, CA 92501-3819 |

### NOTICE OF WITHDRAWAL OF MOTION FOR ORDER UNDER LBR 2016-2

### FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE

PLEASE TAKE NOTICE THAT Karl T. Anderson, Chapter 7 Trustee ("Trustee")

for the Bankruptcy Estate of Roger Frank Wilson and Ernest Dean Spielman, hereby

withdraws his Motion under LBR 2016-2 for Approval of Cash Disbursements ("Motion")

filed herein on May 4, 2021 (Doc. 48).

Dated: June 17, 2021                    PAGTER AND PERRY ISAACSON

                                        /s/ Misty Perry Isaacson
                                        _____
                                        Misty Perry Isaacson, Attorneys for
                                        Karl T. Anderson, Chapter 7 Trustee

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/17/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karl T Anderson (TR)**    2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Gary J Holt**    centralecf@gmail.com, G2810@notify.cincompass.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **06/17/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Roger Frank Wilson<br>1850 S. Camino Real Apt. 6<br>Palm Springs, CA  92264-9273 | Ernest Dean Spielman<br>1850 S. Camino Real Apt. 6<br>Palm Springs, CA  92264-9273 | U.S. Bankruptcy Court<br>Riverside Division<br>**Attn: Chamber of Judge Johnson**<br>3420 Twelfth Street, Suite 385<br>Riverside, CA  92501 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **06/17/2021** | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
| *Date* | *Printed Name* | *Signature* |