**KARL T. ANDERSON CPA, INC.**
340 South Farrell Drive, Suite A210
Palm Springs, CA 92262
Telephone: (760) 320-2424
Facsimile: (760) 778-8869
E-mail: ktacpa@msn.com

*Accountants for*
Karl T. Anderson, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>**ROGER FRANK WILSON**<br>**ERNEST DEAN SPIELMAN,**<br><br>Debtors. | Case No. 6:18-bk-15514-WJ<br>Chapter 7<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR CHAPTER 7 TRUSTEE FOR THE PERIOD MARCH 17, 2021 THROUGH JULY 7, 2021** |

TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE:

    This Application for First and Final Compensation and Reimbursement of Expenses is made by Karl T. Anderson, CPA, Inc. (the "Firm") and seeks payment of compensation for services rendered by the Firm as accountants for Karl T. Anderson, Chapter 7 Trustee (the "Trustee"), in the above-captioned bankruptcy case.

# I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

## FOR THIS FIRST AND FINAL APPLICATION

A. <u>DATE OF NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS:</u> March 22, 2021

B. <u>DATE OF ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS:</u> April 16, 2021

C. <u>PERIOD OF EMPLOYMENT COVERED BY THIS APPLICATION:</u> March 17, 2021 through July 7, 2021

D. <u>HOURS OF PROFESSIONAL TIME WHICH ARE THE SUBJECT OF THIS APPLICATION:</u> 11.70 Hours

E. <u>HOURS OF PROFESSIONAL TIME FOR WHICH COMPENSATION IS NOT BEING REQUESTED:</u> 4.80 Hours

F. <u>FEES REQUESTED BY THIS APPLICATION:</u> $2,872.50

G. <u>EXPENSES REQUESTED BY THIS APPLICATION:</u> $422.68

H. <u>AMOUNT OF PRE-PETITION RETAINER RECEIVED BY APPLICANT:</u> NONE

I. <u>AMOUNT OF FEES AND EXPENSES PREVIOUSLY AWARDED:</u> NONE

J. <u>AMOUNT OF FEES AND EXPENSES PREVIOUSLY PAID:</u> NONE

II.

**INTRODUCTION**

1.  This Application is filed by the Firm pursuant to Section 330 of the Bankruptcy Code (11 U.S.C. § 330) Federal Rule of Bankruptcy Procedure 2016(a), Local Bankruptcy Rule 2016.1, and the Guidelines of the United States Trustee for the Central District of California.

2.  This case commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on June 29, 2018.

3.  Karl T. Anderson was elected and appointed to act as the Chapter 7 Trustee.

4.  On March 22, 2021, the Trustee submitted an application to employ the accounting firm of Karl T. Anderson CPA, Inc. (the "Firm") as accountants for the estate.

5.  The Court entered an order approving the Firm's employment on April 16, 2021.

6.  By this application, the Firm seeks Court approval of first and final application for compensation for the period March 17, 2021 through July 7, 2021. Such requested first and final compensation consists of fees of $2,872.50 and expenses of $422.68 in connection with 11.70 hours expended in furnishing accounting services.

7.  The Firm is not requesting compensation for 4.80 hours in connection with CPA employment application services.

8.  Karl T. Anderson CPA, Inc. is a professional accountancy corporation composed of two Certified Public Accountants. The Firm maintains its principal office at 340 South Farrell Drive, Suite A210, Palm Springs, California 92262.

3

9.    All of the professional services which are the subject matter of this Application were rendered by the Firm exclusively to, or for the benefit of, the Trustee, at the request of the Trustee, and not for any other entity.

10.    All of the expenses which are the subject matter of this Application were actually and necessarily incurred by the Firm in connection with its rendition of professional services to, or for the benefit of, the Trustee, or in connection with obtaining the approval of the Court for compensation.

11.    In the ordinary course of its business, the Firm maintains records of time expended by all professionals in connection with professional services rendered to its clients. The time records are made contemporaneously with the rendition of professional services and are prepared by the professional who has rendered the services. The Firm can make such original detailed time records available to the Court, or to any party, as the Court may direct.

12.    A Professional Activity Summary of the hours of time expended for each matter and by each professional of the Firm is attached as Exhibit "A" and by this reference, fully incorporated herein.

13.    A Professional Fee Statement detailing all of the professional services rendered for the period of time covered by this Application (March 17, 2021 through July 8, 2021) as transcribed from the Firm's contemporaneous time records, is attached here as Exhibit "B", detailed by matter and by this reference, fully incorporated herein. The Firm's contemporaneous time records show the professional services rendered, the date on which such services were performed, the person who performed such services, and the amount of time spent in performing such services.

14.    A Monthly Summary of Fees for each matter is attached as Exhibit "C" and by this reference, fully incorporated herein.

15. An Expense and Disbursement Summary is attached as Exhibit "D". This schedule provides a monthly summary of expenses by category.

## III.

## SUMMARY OF ACCOUNTING SERVICES PERFORMED

## BY KARL T. ANDERSON CPA, INC.

1. The Firm was employed by the Trustee to perform fiduciary duties that require the services of Certified Public Accountants, as well as to advise and assist him regarding the following matters:

(a) Analyze the Debtors' bankruptcy petition, schedules, and statements, including bank statements, income tax returns, and other accounting and financial records and tax related documents obtained during the administration of the estate to determine the history and nature of the case.

(b) Provide advice to the Trustee regarding tax reporting requirements and any tax consequences derived from the administration of estate assets.

(c) Perform any necessary tax services required for the estate, including communication with taxing authorities.

(d) Obtain copies of the Debtors' pre-petition income tax returns.

(e) Analyze financial transactions, as well as Form 2 cash receipts and disbursements pertaining to assets administered by the bankruptcy estate.

(f) Prepare federal and state fiduciary income tax returns for the Debtors.

(g) Provide such other tax and accounting services as requested by the Trustee.

2.    The Firm reviewed the Debtors' bankruptcy petition, schedules, and statements to obtain an understanding of the nature and history of the case.

3.    The accountants reviewed the Debtors' pre-petition individual income tax returns to determine any tax attributes passing to the bankruptcy estate.

4.    The Firm reviewed the Debtors' settlement agreement to determine the tax consequences resulting from the litigation proceeds.

5.    The accountants reviewed the Trustee's Forms 1 and 2.

6.    The Firm prepared a summary of the Form 2 cash receipts and disbursements.

7.    The Internal Revenue Service requires that separate income tax returns be filed for the Debtor and co-Debtor in a jointly filed bankruptcy estate.

8.    The Firm prepared 2021 Federal and state fiduciary income tax returns for the Debtor and co-Debtor bankruptcy estates.

9.    The accountants also prepared Federal and state §505(b) prompt determination request letter for the Debtor and co-Debtor bankruptcy estates.

8.    No tax liability was incurred by the bankruptcy estate as a result of filing the 2021 Federal and state fiduciary income tax returns.

## IV.

## THE STANDARD TO BE APPLIED IN AWARDING FEES

## TO PROFESSIONALS IN BANKRUPTCY CASES

Section 330 of the Bankruptcy Code (11 U.S.C. § 330) authorizes compensation for professionals rendering services in connection with a bankruptcy case. Under Section 330(a)(1), the responsibility for determining reasonable compensation for

services rendered to the estate rests with the Bankruptcy Judge. Section 330(a)(1) requires the compensation awarded be "based on the time, the nature, the extent, and the value of the services rendered, and the costs of comparable services other than in a case under [the Code]."

The Applicant's time records demonstrate the Applicant has spent more than 11.70 hours in performing the tasks for which it was employed. The Applicant submits a review of its time records will disclose all of the time spent was reasonable and necessary for the adequate representation of the estate in connection with the matters for which the Applicant was employed.

Undoubtedly, what is more important than the quantity of the time spent is the quality of the services performed. Many courts recognize that a strict adherence to time alone, without consideration of other factors, would not be fair. As stated in <u>Collier on Bankruptcy:</u>

> "Undue emphasis on the factor of time fails to acknowledge the fact that skill and experience may accomplish much in a short period of time. It also ignores the fact that some services are routine and ordinary while others involve complex and difficult issues." 2 <u>Collier on Bankruptcy</u>, ¶330.05[b] at 330-14 (15th Ed. 1981)

V.

**STATEMENT RE: BANKRUPTCY RULE 2016(A)**

1.  The Firm has not received any compensation from the Trustee, nor been promised compensation by the Trustee for services rendered by it to the Trustee. No

agreement or understanding exists between the Firm and any other entity for the sharing of compensation to be received.

2.  The Applicant has attached as Exhibit "E", biographical information concerning the professionals rendering services during the period covered by this Application.

## VI.

## **CONCLUSION**

As is evident by this Application, the Applicant has spent considerable time in connection with this case and has achieved beneficial results for its efforts.

Based on the Applicant's efforts, the Applicant's fees total the sum of $2,872.50. The Applicant is also requesting to be reimbursed costs in the sum of $422.68.

**WHEREFORE**, the Applicant respectfully requests that this Court, after notice and hearing, make and enter its Order awarding the Applicant final compensation for services rendered in the sum of $2,872.50 and to be reimbursed for costs advanced in the sum of $422.68.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement and accompanying Exhibits A through E are true and correct. This declaration was executed on July 9, 2021 at Palm Springs, California.

KARL T. ANDERSON CPA, INC.
A Professional Corporation

_____
Karl T. Anderson, CPA

## DECLARATION OF KARL T. ANDERSON

I, Karl T. Anderson, declare as follows:

1. I am, and at all relevant times have been the duly appointed, qualified and acting Chapter 7 Trustee in the above-captioned bankruptcy case. I have personal knowledge of the matters discussed below, and if called as a witness, I could and would competently testify thereto.

2. I have reviewed the attached Application by Accountant for Chapter 7 Trustee for First and Final Compensation for the period March 17, 2021 through July 7, 2021 (the "Application") and am familiar with its contents.

3. As a result of my review of the above referenced document, I believe that the services rendered by Karl T. Anderson CPA, Inc. on behalf of the estate were necessary as well as efficiently performed. Accordingly, I do not oppose and in fact support the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 9, 2021 at Palm Springs, California.

Karl T. Anderson
Chapter 7 Trustee

9

**Roger Frank Wilson and Ernest Spielman Bankruptcy Estate**
**(Bankruptcy Case Number: 6:18-bk-15514-WJ)**
**Karl T. Anderson CPA, Inc.**
**Professional Activity Summary**

| Description | Name | Hourly Rate | Hours | Total Amount |
|---|---|---|---|---|
| **Income Tax Services:** | | | | |
| **FYE 2021:** | | | | |
| Principal / CPA | Karl T. Anderson | 425.00 | 6.30 | $ 2,677.50 |
| CPA | Murray A. Savage | 325.00 | 0.60 | 195.00 |
| Paralegal | Karla Anderson | 175.00 | 4.30 | - |
| Clerical | Sonja Anderson | 60.00 | 0.50 | - |
| | | **Total** | **11.70** | **$ 2,872.50** |

Exhibit A

**Roger Frank Wilson and Ernest Dean Spielman Bankruptcy Estate**
**(Bankruptcy Case Number: 6:18-bk-15514-WJ)**
**Karl T. Anderson CPA, Inc.**
**Professional Fee Statement**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| Anderson, Karla | Paralegal | $ 175.00 | 03/17/21 | 1.00 | $ - | Prepare CPA employment application and notice of intent |
| Anderson, Karl T. | Principal/CPA | 425.00 | 03/18/21 | 0.20 | 85.00 | Review, approve, and sign application and motion re: employment of Firm as CPAs for the bankruptcy estate |
| Anderson, Karl T. | Principal/CPA | 425.00 | 03/18/21 | 0.20 | 85.00 | Review, approve, and sign notice of intent to employ CPA firm |
| Anderson, Karla | Paralegal | 175.00 | 03/22/21 | 0.30 | - | E-file and serve CPA employment application and notice of intent |
| Anderson, Karla | Paralegal | 175.00 | 03/23/21 | 2.50 | - | Photocopy and mail CPA employment application and notice of intent |
| Anderson, Karla | Paralegal | 175.00 | 04/15/21 | 0.50 | - | Prepare Declaration That No Party Requested A Hearing, forward to Trustee for review and signature, e-file, and serve; prepare and upload proposed Order |
| Anderson, Karl T. | Principal/CPA | 425.00 | 04/16/21 | 1.70 | 722.50 | Begin work-in-process re: preparation of 2021 Federal and state fiduciary income tax returns for the Debtor and co-Debtor bankruptcy estates |
| Anderson, Sonja | Clerical | 60.00 | 04/15/21 | 0.50 | - | Photocopy and mail Declaration That No Party Requested A Hearing |
| Anderson, Karl T. | Principal/CPA | 425.00 | 04/16/21 | 0.20 | 85.00 | Prepare Federal and state §505(b) prompt determination requests for the Debtor and co-Debtor bankruptcy estates |
| Anderson, Karl T. | Principal/CPA | 425.00 | 04/16/21 | 2.00 | 850.00 | Complete and process 2021 Federal and state fiduary income tax returns for the Debtor and co-Debtor bankruptcy estates |
| Savage, Murray A. | CPA | 325.00 | 04/16/21 | 0.60 | 195.00 | Techical and compliance review of 2021 Federal and state fiduciary income tax returns for the Debtor and co-Debtor bankruptcy estates |
| Anderson, Karl T. | Principal/CPA | 425.00 | 07/07/21 | 2.00 | 850.00 | Prepare first and final CPA fee application |
| | | | **Totals** | **11.70** | **$ 2,872.50** | |

Exhibit B

**Roger Frank Wilson and Ernest Dean Spielman Bankruptcy Estate**
**(Bankruptcy Case Number: 6:18-bk-15514-WJ)**
**Karl T. Anderson CPA, Inc.**
**Monthly Summary of Fees**

| Month / Year | Amount |
|---|---|
| March-21 | $ 170.00 |
| April-21 | 1,852.50 |
| July-21 | 850.00 |
| **Totals** | **$ 2,872.50** |

**Exhibit C**

**Roger Frank Wilson and Ernest Dean Spielman Bankruptcy Estate**
**(Bankruptcy Case Number: 6:18-bk-15514-WJ)**
**Karl T. Anderson CPA, Inc.**
**Expense and Disbursement Summary**

| Month / Year | Lacerte Tax Software | Pacer | Postage | Photocopy | Total Amount |
|---|---|---|---|---|---|
| March-21 | $      - | $   0.40 | $  18.89 | $  50.40 | $   69.69 |
| April-21 | 320.00 | 3.10 | 11.40 | 0.20 | 334.70 |
| July-21 | - | - | 4.89 | 13.40 | 18.29 |
| **Totals** | **$  320.00** | **$   3.50** | **$  35.18** | **$  64.00** | **$  422.68** |

**Exhibit D**

| In re:<br>ROGER FRANK WILSON and ERNEST DEAN SPIELMAN,<br>Debtors. | Chapter 7<br>Case No. 6:18-bk-15514-WJ |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Karl T. Anderson CPA, Inc.
340 South Farrell Drive, Suite A210
Palm Springs, California 92262**

A true and correct copy of the foregoing document described **APPLICATION BY ACCOUNTANT FOR CHAPTER 7 TRUSTEE FOR FIRST AND FINAL COMPENSATION FOR THE PERIOD MARCH 17, 2021 THROUGH JULY 7, 2021** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July _9_, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Karl T Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
- Gary J Holt    centralecf@gmail.com, G2810@notify.cincompass.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL:** On July _9_, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re:                                           | Chapter 7                  |
|--------------------------------------------------|----------------------------|
| ROGER FRANK WILSON and ERNEST DEAN SPIELMAN, Debtors. | Case No. 6:18-bk-15514-WJ |

- The Honorable Wayne E. Johnson, United States Bankruptcy Court, Central District of California, 3420 Twelfth Street, Suite 384 / Courtroom 304, Riverside, CA 92501-3819
- Roger Frank Wilson and Ernest Dean Spielman, 1850 S. Camino Real, Apt. 6, Palm Springs, CA 92264-9273
- Peter M Schwaetz, 1999 Avenue of the Starts Suite 1100, Los Angeles, CA 90067

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION, OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July _____, 2021, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 9, 2021 | Karl Anderson | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |