United States Bankruptcy Court
Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, August 3, 2021** | **Hearing Room 304** |

**1:30 PM**

**6:18-15514**     Roger Frank Wilson and Ernest Dean Spielman     **Chapter 7**

    **#4.00**     Hrg re motion of cash disbursements by the trustee

           FROM: 6-15-21

Docket    0
*** VACATED ***    REASON: NOTICE OF WITHDRAWAL FILED 6-17-21

**Matter Notes:**

   - NONE LISTED -

**Tentative Ruling:**

   - NONE LISTED -

| **Party Information** |
|---|

**Debtor(s):**

| | |
|---|---|
| Roger Frank Wilson | Represented By<br>Gary J Holt |

**Joint Debtor(s):**

| | |
|---|---|
| Ernest Dean Spielman | Represented By<br>Gary J Holt |

**Trustee(s):**

| | |
|---|---|
| Karl T Anderson (TR) | Represented By<br>Peter M Schwaetz<br>R Gibson Pagter Jr.<br>Misty A Perry Isaacson |