# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Tuesday, September 14, 2021 | Hearing Room 304 |
|---|---|

**1:00 PM**
**6:18-15514**   Roger Frank Wilson and Ernest Dean Spielman                          **Chapter 7**

   **#2.00**   Hrg re trustee's final report and applications for compensation

                                      Docket     0

**Matter Notes:**

PRESENT:

_____

_____

_____

( )   Motion granted.

( )   Motion denied.

**(✓)   Fees And Costs Approved Pursuant To The Posted Ruling.**

( )   Vacated.  Matter is moot due to dismissal or conversion of case.

( )   Continued to _____.

( )   Motion withdrawn.

( )   Prevailing party shall prepare an order.

( )   Chambers shall prepare an order.

**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Tuesday, September 14, 2021             Hearing Room   304

1:00 PM
CONT...     **Roger Frank Wilson and Ernest Dean Spielman**            Chapter 7

**Tentative Ruling:**

9/14/2021:

     None.

     **Final Ruling**. No opposition has been filed. This application for compensation has been set for hearing on the notice required by LBR 2016-1(c)(4). **No appearance is necessary**.

     The Court thanks the trustee and his professionals for their efforts in this case. The results are remarkable. The trustee and his team recovered sufficient funds to pay all creditors in full and to make a surplus distribution to the debtor of over $465,000. Very impressive.

     Pursuant to the trustee's final report, the following administrative claims will be allowed:

     (1) Trustee: fees of $31,176.76 and expenses of $86.24.

     (2) Trustee's Counsel: fees of $5,700.00 and expenses of $410.53.

     (3) Trustee's Accountant: fees of $2,872.50 and expenses of $422.68.

     The trustee shall prepare and upload a proposed order after the date and time of the hearing but no later than seven days thereafter. *See* LBR 9021-1(b)(1)(B) (stating that proposed orders shall be submitted "within 7 days" of the hearing but "must not be lodged prior to the hearing . . . .").

**Party Information**

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

| Tuesday, September 14, 2021 | Hearing Room 304 |

**1:00 PM**

**CONT...**   Roger Frank Wilson and Ernest Dean Spielman                                              Chapter 7

**Debtor(s):**

Roger Frank Wilson                    Represented By
                                      Gary J Holt

**Joint Debtor(s):**

Ernest Dean Spielman                  Represented By
                                      Gary J Holt

**Trustee(s):**

Karl T Anderson (TR)                  Represented By
                                      Peter M Schwaetz
                                      R Gibson Pagter Jr.
                                      Misty A Perry Isaacson